UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON CORPUZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION,<br><br>Defendant. | Case No. 22-cv-1085-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. No. 9] |

On September 12, 2022, Plaintiff Edison Corpuz ("Plaintiff") and Defendant Bayer Corporation ("Defendant") filed a joint motion to extend the time for Defendant to respond to the Complaint and to set a briefing schedule. *See* Doc. No. 9. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Accordingly, Defendant must file a response to the Complaint on or before **October 5, 2022**. Should Defendant file a motion to dismiss, any opposition by Plaintiff is due on or before **November 16, 2022**. Defendant may then file its reply on or before **December 16, 2022**.

**IT IS SO ORDERED**.

Dated: September 12, 2022

HON. MICHAEL M. ANELLO
United States District Judge