Amy P. Lally (SBN 198555)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Email: alally@sidley.com
Tel.: (310) 595-9500
Fax: (310) 595-9501

Jonathan F. Cohn* (NY 2972578)
Joshua J. Fougere* (NY 4805214)
Madeleine Joseph*† (MA 703541)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: jfcohn@sidley.com
jfougere@sidley.com
mjoseph@sidley.com

*Attorneys for Defendant Bayer Corporation*
(*Additional Attorney for Defendant on Subsequent Page*)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDISON CORPUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT; REQUEST FOR JUDICIAL NOTICE; [PROPOSED] ORDER**<br><br>No hearing date per court order[1] |

[1] On September 12, 2022, the Court ordered a briefing schedule in this matter. ECF

*Additional Counsel for Defendant*

Michelle Ramirez* (IL 6301170)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: michelle.ramirez@sidley.com

* Admitted *pro hac vice*.
† Admitted only in Massachusetts; supervised by principals of the firm who are members in good standing of the D.C. Bar.

---

No. 10. Chambers therefore does not require a hearing date.

TO PLAINTIFF AND THE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on a date to be determined, in a courtroom of the above-entitled court, located at 221 West Broadway, San Diego, CA 92101, Defendant Bayer Corporation will and hereby does move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the complaint for failure to state a claim upon which relief may be granted. The motion is based on this notice of motion, the memorandum of points and authorities attached hereto, and all other papers and pleadings on file heron, and the argument of counsel at any hearing on this motion. The motion specifically is based on the ground that plaintiff's allegations are implausible and therefore cannot satisfy the pleading standards laid out in the Federal Rules of Civil Procedure.

Dated: October 5, 2022

Respectfully submitted,

*/s/ Amy P. Lally*

Amy P. Lally (SBN 198555)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9500
Fax: (310) 595-9501
Email: alally@sidley.com

Jonathan F. Cohn* (NY 2972578)
Joshua J. Fougere* (NY 4805214)
Madeleine Joseph*† (MA 703541)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: jfcohn@sidley.com
jfougere@sidley.com
mjoseph@sidley.com

Michelle Ramirez* (IL 6301170)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: michelle.ramirez@sidley.com

*Attorneys for Defendant Bayer Corporation*

* Admitted *pro hac vice*.
† Admitted only in Massachusetts; supervised by principals of the firm who are members in good standing of the D.C. Bar.