**REESE LLP**
Michael R. Reese (SBN 206773)
Sue J. Nam (SBN 206729)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*
*snam@reesellp.com*

**REESE LLP**
George V. Granade (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile (212) 253-4272
Email: *ggranade@reesellp.com*

**REESE LLP**
Charles D. Moore (admitted *pro hac vice*)
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
Telephone: 212-643-0500
Fax: 212-253-4272
Email: *cmoore@reesellp.com*

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

EDISON CORPUZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYER CORPORATION,

Defendant.

Case No. 3:22-cv-01085-MMA-JLB

**NOTICE OF INABILITY TO CONTACT CLIENT**

We represent Plaintiff Edison Corpuz in the above referenced matter. We write to inform the Court that for the last two weeks, we have made repeated efforts to reach Mr. Corpuz, including multiple phone calls on April 26, April 27, May 3, May 4, and May 5, each time leaving a voicemail; an email on April 27; and text messages on May 3 and May 5. As part of those efforts, we have informed him of the May 9, 2023, Early Neutral Evaluation with Your Honor, and his requirement to attend. Despite those efforts, we have been unable to reach Mr. Corpuz. We will continue our efforts to reach Mr. Corpuz, but at this time we cannot guarantee his appearance at the May 9, 2023, Early Neutral Evaluation.

Dated: May 5, 2023

**REESE LLP**

*/s/ Charles D. Moore*

Charles D. Moore (admitted *pro hac vice*)
*cmoore@reesellp.com*
121 N. Washington Ave., 4th Floor
Minneapolis, Minnesota 55401
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
Sue J. Nam
*snam@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade (SBN 316050)

8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile (212) 253-4272
Email: *ggranade@reesellp.com*

*Counsel for Plaintiffs*
*and the Proposed Class*