UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDISON CORPUZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYER CORPORATION,

Defendant.

Case No.: 22-cv-01085-MMA-JLB

**ORDER TO SHOW CAUSE**

On March 27, 2023, the Court issued a Notice and Order Setting Early Neutral Evaluation and Case Management Conferences, which set an Early Neutral Evaluation Conference ("ENE") to be held by video conference on May 9, 2023, at 1:45 PM before Magistrate Judge Jill L. Burkhardt. (ECF No. 33.) The Order also set forth, in pertinent part, that:

> All parties, adjusters for insured defendants, and other representatives of a party having full settlement authority . . . and the principal attorneys responsible for the litigation, **must appear at the ENE by video conference** and be legally and factually prepared to discuss settlement of the case.
>
> . . .
>
> **Failure to appear at the ENE will be grounds for sanctions.**

(*Id.* ¶ 2.)

On May 9, 2023, Plaintiff Edison Corpuz ("Plaintiff") failed to appear at the ENE. (ECF No. 40.) Accordingly, the Court **ORDERS** as follows:

1. Plaintiff shall show cause in a written declaration why he failed to comply with the Court's March 27, 2023 Order requiring him to appear at the ENE and why sanctions[1] should not issue against him for his noncompliance. Plaintiff shall file his declaration on the docket no later than **June 2, 2023**.

2. A show cause hearing shall be held in Courtroom 5A of the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101 on **June 8, 2023**, at **11:00 AM** before Judge Burkhardt. Plaintiff and his counsel shall appear at the hearing. Defendant's counsel may, but need not, appear.

3. Failure to comply with this Order to Show Cause may result in the imposition of additional sanctions.

**IT IS SO ORDERED.**

Dated: May 11, 2023

Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[1] CivLR 83.1; *see also F.J. Hanshaw Enters. v. Emerald River Dev., Inc.*, 244 F.3d 1128, 1136 (9th Cir. 2001) ("All federal courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively and to ensure obedience to their orders. . . . As a function of this power, courts can . . . award attorney's fees and assess fines.").