**REESE LLP**
Michael R. Reese (SBN 206773)
Sue J. Nam (SBN 206729)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*
*snam@reesellp.com*

**REESE LLP**
George V. Granade (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile (212) 253-4272
Email: *ggranade@reesellp.com*

**REESE LLP**
Charles D. Moore (admitted *pro hac vice*)
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
Telephone: 212-643-0500
Fax: 212-253-4272
Email: *cmoore@reesellp.com*

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

EDISON CORPUZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYER CORPORATION,

Defendant.

Case No. 3:22-cv-01085-MMA-JLB

**DECLARATION OF EDISON CORPUZ IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 41)**

I, Edison Corpuz, pursuant to 28 U.S.C. §1746 and under penalty of perjury, hereby declare as follows:

1. I am over 18 years of age, and I am the named Plaintiff in the above-captioned action.

2. I respectfully submit this declaration in response to the Court's Order to Show Cause (ECF No. 41). The facts set forth in this declaration are based upon my personal knowledge, and I would competently testify to them if called upon to do so.

3. I am 71 years old. I retired as a Master Sergeant in the United States Marine Corps in January 2000 following a 26 year career.

4. On May 19, 2023, I received a copy of the Court's Order to Show Cause via the United States Postal Service, along with a letter from my attorney Charles D. Moore. Immediately upon receiving the letter, I contacted Mr. Moore via the phone.

5. During that conversation, I was informed that I was ordered to appear at an Early Neutral Evaluation ("ENE") on May 9, 2023, but that I had failed to appear, and as a result, the Court issued the Order to Show Cause. I informed Mr. Moore that I was completely unaware of the necessity to appear on that date and that I had not received any of his phone calls, voicemails, texts, or emails.

6. While I was able to communicate with Mr. Moore in May 2022 prior to filing the Complaint in the case, I had not added his telephone number and email address to my contact list. However, for reasons that are unkown to me, which I do not understand, it appears either my service provider (AT&T) or my phone was blocking Mr. Moore's phone calls, text messages, and voicemails. I have since saved Mr. Moore's phone number in my phone, and his calls are now coming through without issue.

7. Similarly, while I was receiving Mr. Moore's emails in May 2022, his more recent emails were getting blocked, so I was not receiving them. I have since marked Mr. Moore's emails as "not junk", so they too are now coming through.

8. I sincerely apologize to the Court and all parties for my failure to appear at the ENE. The sole reason I did not appear was that I was unaware that it was happening and that I needed to attend. Had I been aware, I absolutely would have attended. I have made changes to my phone and email so that I am receiving Mr. Moore's communications. I do not envision any additional issues with my participation in this litigation and appearance before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5/25/2023 in San Diego County, California.

DocuSigned by:

[signature]

0A048A42336E430...

Edison Corpuz