LEHOTSKY KELLER COHN LLP

200 Massachusetts Ave. NW
Washington, DC 20001
Jonathan F. Cohn
jon@lkcfirm.com

June 13, 2023

**VIA ELECTRONIC FILE**

Honorable Jill L. Burkhardt

RE:    Notification of Recent Authority, *McGinty v. Procter & Gamble Co.*, No. 22-15080, 2023 WL 3911531 (9th Cir. June 9, 2023)

Judge Burkhardt:

Defendant Bayer Corporation ("Bayer") respectfully notifies the Court of the enclosed opinion, *McGinty v. Procter & Gamble Co.*, No. 22-15080, 2023 WL 3911531, issued by the U.S. Court of Appeals for the Ninth Circuit this past Friday, June 9, 2023. In *McGinty*, the Ninth Circuit affirmed the dismissal of consumer fraud claims substantially similar to those in this case, brought by the same plaintiffs' counsel as in this case.  Because *McGinty* is highly relevant authority from the Ninth Circuit, we wanted to bring it to Your Honor's attention.

The *McGinty* plaintiff alleged that the defendant violated California consumer protection laws by labeling the company's shampoo and conditioner with the words "Nature Fusion." 2023 WL 3911531, at *2. As in this case, the plaintiff in *McGinty* alleged that the packaging "represents that the Products are natural, when, in fact, they contain non-natural and synthetic ingredients," and that had he "known when he purchased them that the products were not from nature or otherwise natural, he would not have purchased the products or paid a price premium for the products." *Id*.

The Ninth Circuit rejected these claims. The Court concluded that, absent any promise that the product was "*all* natural" or "*100%* natural," the label was ambiguous as to whether the products contained a mixture of natural ingredients or a mixture of natural and synthetic ingredients. *Id*. at *4 (emphasis added). Rejecting the plaintiff's argument to the contrary, the Court held that "when, as here, a front label is ambiguous, the ambiguity can be resolved by reference to the back label." *Id*. The back label, the Court acknowledged, displayed a mix of natural and synthetic ingredients, and confirmed that the natural ingredient included was—as pictured on the front label—avocado oil. *Id*.

Because *McGinty* is relevant to Bayer's position at the upcoming Early Neutral Evaluation, we wanted to bring the case to Your Honor's attention.

Respectfully submitted,

/s/ *Jonathan F. Cohn*

*Counsel for Defendant Bayer Corporation*

Enclosure: *McGinty v. Procter & Gamble Co.*, No. 22-15080, 2023 WL 3911531 (9th Cir. June 9, 2023)

cc: All counsel of record