Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (833) 233-2202

*Attorneys for Defendant Bayer Corporation*
(*Additional Attorney for Defendant on Subsequent Page*)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

EDISON CORPUZ, DENIECE DRAKE, DEBORAH BOWLING individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYER CORPORATION,

Defendant.

Case No. 3:22-cv-01085-MMA-JLB

**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; REQUEST FOR JUDICIAL NOTICE**

Date: October 23, 2023
Time: 2:30 P.M.
Location: Courtroom 3C
333 West Broadway
San Diego, CA 92101

*Additional Counsel for Defendant*

Leah F. Bower* (TX 24107585)
LEHOTSKY KELLER COHN LLP
919 Congress Ave, Suite #1100
Austin, TX 78701
Email: leah@lkcfirm.com
Tel: (512) 693-8350
Fax: (833) 233-2202

* Admitted *pro hac vice*.

TO PLAINTIFFS AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 23, 2023, in Courtroom 3C located at 333 West Broadway, San Diego, CA 92101, Defendant Bayer Corporation will and hereby does move pursuant to Fed. R. Civ. P. 12(b)(6) for dismissal of Plaintiffs' Amended Complaint for failure to state a claim upon which relief may be granted. The motion is based on this notice of motion, the memorandum of points and authorities and request for judicial notice attached hereto, and all other papers and pleadings on file, and the argument of counsel at any hearing on this motion. The motion is based on the ground that Plaintiffs fail to state a claim, particularly in light of the recent Ninth Circuit precedent in *McGinity v. Procter & Gamble Co.*, 69 F.4th 1093 (9th Cir. 2023), and therefore cannot satisfy the pleading standards laid out in the Federal Rules of Civil Procedure.

Dated: August 29, 2023

Respectfully submitted,

*/s/ Jonathan F. Cohn*

Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (833) 233-2202

Leah F. Bower* (TX 24107585)
LEHOTSKY KELLER COHN LLP
919 Congress Ave, Suite #1100
Austin, TX 78701
Email: leah@lkcfirm.com
Tel: (512) 693-8350
Fax: (833) 233-2202

*Attorneys for Defendant Bayer Corporation*
* Admitted *pro hac vice*.