**REESE LLP**
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*

[Additional Counsel in Signature Page]

*Counsel for Plaintiffs and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 3C<br>Judge: Honorable Michael M. Anello<br><br>Complaint filed: July 25, 2022<br><br>Trial date: Not set |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Doniece Drake ("Drake") and Deborah Bowling ("Bowling") (collectively "Plaintiffs") hereby move in accordance with Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure for an Order certifying the below classes for the following claims asserted in the Second Amended Class Action Complaint, ECF No. 85 ("SAC"). This Motion is noticed before the Honorable Michael M. Anello in Courtroom 3C, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101.

Plaintiff Bowling moves for class certification under Rule 23(a) and (b)(3) for the following California Class for violation of California's Consumers Legal Remedies Act, CAL. CIV. CODE § 1770 *et seq.* ("CLRA") (Count I of the SAC):
All persons who purchased at least one of the following Products in the State of California from March 1, 2020 to May 30, 2023:
- One-A-Day Natural Fruit Bites Women's
- One-A-Day Natural Fruit Bites Men's
- One-A-Day Natural Fruit Bites Women's 50+
- One-A-Day Natural Fruit Bites Men's 50+

Plaintiff Drake moves for class certification under Rule 23(a) and (b)(3) for the following New York Class for violations of New York's General Business Law ("GBL") §§ 349 and 350 (Counts II and III of the SAC):
All persons who purchased at least one of the following Products in the State of New York from May 31, 2020 to May 30, 2023:
- One-A-Day Natural Fruit Bites Women's
- One-A-Day Natural Fruit Bites Men's
- One-A-Day Natural Fruit Bites Women's 50+
- One-A-Day Natural Fruit Bites Men's 50+

Excluded from the Classes are officers, directors of Defendant of any entity in which Defendant currently has or had a controlling interest; and Defendant's legal representatives, heirs, successors, and assigns.

In addition, Plaintiff Bowling seeks to be appointed as class representative for the California Class, and Plaintiff Drake seeks to be appointed as class representative for the New York Class.

Plaintiffs also move for an order appointing Reese LLP as class counsel, pursuant to Rule 23(g).

Plaintiffs base the motion on the following documents: this Notice of Motion; the accompanying Memorandum of Points and Authorities; the pleadings, record, and other filings in the case; the Declaration of Charles D. Moore and its accompanying exhibits, the Declaration of Andrea Lynn Matthews, the Declaration of William Robert Ingersoll, all filed concurrently herewith; and such other oral and written points, authorities, and evidence as the parties may present at the time of the hearing on the motion.

Date: February 20, 2024        Respectfully submitted,

　　　　　　　　　　　　　　　　  /s/ Charles D. Moore
　　　　　　　　　　　　　　　Charles D. Moore (admitted *pro hac vice*)
　　　　　　　　　　　　　　　**REESE LLP**
　　　　　　　　　　　　　　　121 N. Washington Ave., 4th Floor
　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　Telephone: 212-643-0500
　　　　　　　　　　　　　　　Fax: 212-253-4272
　　　　　　　　　　　　　　　Email: *cmoore@reesellp.com*

　　　　　　　　　　　　　　　**REESE LLP**
　　　　　　　　　　　　　　　Michael R. Reese (SBN 206773)
　　　　　　　　　　　　　　　100 West 93rd Street, 16th Floor
　　　　　　　　　　　　　　　New York, New York 10025
　　　　　　　　　　　　　　　Telephone: (212) 643-0500
　　　　　　　　　　　　　　　Email: *mreese@reesellp.com*

| | |
|---|---|
| 1 | |
| 2 | **REESE LLP** |
| 3 | George V. Granade (SBN 316050) |
|   | 8484 Wilshire Boulevard, Suite 515 |
| 4 | Los Angeles, California 90211 |
|   | Telephone: (310) 393-0070 |
| 5 | Facsimile  (212) 253-4272 |
|   | Email: *ggranade@reesellp.com* |
| 6 | |
| 7 | *Counsel for Plaintiffs and the Proposed Class* |