**REESE LLP**
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*

[Additional Counsel in Signature Page]

*Counsel for Plaintiffs and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**DECLARATION OF CHARLES D. MOORE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 3C<br>Judge: Honorable Michael M. Anello<br><br>Complaint filed: July 25, 2022<br><br>Trial date: Not set |

I, Charles D. Moore, pursuant to 28 U.S.C. §1746 and under penalty of perjury, hereby declare as follows:

1. I am a Partner at Reese LLP, counsel representing Plaintiffs Doniece Drake ("Drake") and Deborah Bowling ("Bowling") (together, "Plaintiffs") in this litigation. I am a member in good standing of the bar of the United States District Courts for the Eastern District of New York, Southern District of New York, Western District of New York, Northern District of Illinois, and District of Minnesota, and the state bars of New York and Minnesota. I am admitted pro hac vice in the above-captioned action.

2. I respectfully submit this declaration in support of the Plaintiffs' Motion for Class Certification. Except as otherwise noted, the facts set forth in this declaration are based in part upon my personal knowledge, and I would competently testify to them if called upon to do so.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the document BAYER NFB-0053884-53908.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Defendant's 30(b)(6) corporate representative.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the document BAYER NFB-0026295-26341.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the document BAYER NFB-0033301-33311.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the document BAYER NFB-0004799-4800.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the document BAYER NFB-0004790-4792.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant's Objections and Responses to Plaintiffs' Interrogatories (Set Two).

10. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant's product label BAYER NFB-0001691.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Defendant's product label BAYER NFB-0043893.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Defendant's product label BAYER NFB-0001687.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Defendant's product label BAYER NFB-0043894.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Defendant's product label BAYER NFB-0001683.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Defendant's product label BAYER NFB-0043896.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Defendant's product label BAYER NFB-0001679.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Defendant's product label BAYER NFB-0043895.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Circana, Inc. sales data for the Products at issue in this litigation. I converted the document from an Excel file into PDF for purposes of filing. If asked to do so, I could provide the document in the original Excel file.

19. Attached hereto as **Exhibit 17** is a true and correct copy of Defendant's Objections and Responses to Plaintiffs' Interrogatories (Set One).

20. Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff Drake's Objections and Responses to Defendant's Interrogatories (Set One).

21. Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff Bowling's Objections and Responses to Defendant's Interrogatories (Set One).

22. Attached hereto as **Exhibit 20** is a true and correct copy of Reese LLP's Firm Resume.

23. Plaintiffs Drake and Bowling have both actively participated in this litigation. Plaintiffs Drake and Bowling have spoken to me numerous times, discussing multiple elements of the case. They have both responded to multiple discovery requests, and searched for and provided information about this case to me on several occasions. We have discussed Defendant's interrogatories, as well as Plaintiffs' responses. They both took part in full-day depositions. Both have indicated to me their willingness to take part in the litigation and prosecute this action vigorously.

24. Reese LLP does not have any conflicts of interest with members of the class. Reese LLP has, and will continue to, prosecute this action vigorously.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 20, 2024 in Hennepin County, Minnesota.

*/s/ Charles D. Moore*
Charles D. Moore