# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>- against -<br><br>BAYER HEALTHCARE LLC,<br><br>              Defendant | Case No. 3:22-cv-01085-MMA-JLB |

## DECLARATION OF WILLIAM ROBERT INGERSOLL, PH.D.

I, William Ingersoll, Ph.D., declare as follows:

1. This is a declaration regarding a proposed methodology for measuring a price premium in the matter at hand.

2. I received my Ph.D. in Economics from the University of Arizona in January of 2016. My specializations are in Microeconomic Theory, Econometrics, and Industrial Organization.

3. I am currently an Assistant Professor at Azusa Pacific University, where I have taught courses in econometrics and microeconomic theory.

4. I am a published experimental economist. An experiment of mine, done with co-author Dr. Alex Roomets, was published in the Journal of Economic Behavior and Organization. Experimental economists design instruments for laboratory experiments. These experiments are designed to elicit bias-free responses from participating subjects which are used to test economic theory.

5. With Drs. Lynn Matthews and Mike Phillips, I am a coauthor on a case study published in the Journal of Case Studies (2021) that helps students identify deceptive advertising using statistical analysis methods.

6. I am also an economist and statistician for Phillips, Fractor & Co. I have been contributing to cases at the firm since 2018. In my capacity in this role, I have been lead expert on and assisted on many different projects for economic consulting and in support of expert witness reports. Many of these reports require the use of econometric analysis, which is the application of statistical methods to economic theory, used to test economic theory with actual data, better understand a situation through data analysis, or create data-based forecasts. I have also helped to design and conduct surveys for litigation purposes, similar to the one in this case.

7. I have included as an attachment to this document my CV, which includes a list of

all publications I have authored in the previous 10 years and list of expert testimony for the previous 4 years.

8. The compensation paid to Phillips, Fractor, & Company, LLC for my time for the study and testimony in this matter is $500 per hour, regardless of the outcome.

**SCOPE OF THIS EXPERT DECLARATION**

9. I have been asked to present the methodology I would use if requested to conduct a price premium analysis on the value consumers would place on the Product if the product contained only natural ingredients.

**PROPOSED METHODS FOR PRICE PREMIUM STUDIES**

10. I propose measuring the amount that consumers would be willing to pay for multivitamin dietary supplements that they believed contained only natural ingredients, compared to those that contained both natural and synthetic ingredients using conjoint analysis.

11. Price premiums for specific product attributes are commonly assessed through conjoint analysis (Green and Srinivasan 1990).

12. Designing the survey with the use of real-world price and quantity data, which are generated through the intersection of supply and demand, will allow us to take the supply side into consideration appropriately.

13. In this section, I lay out the proposed method I anticipate following in performing this study and analysis.

A. <u>Overview of Conjoint Analysis</u>

14. Conjoint analysis is a standard practice in marketing research for identifying the unique impact of one product factor, such as size, price, color, or other attribute of a product, on willingness to purchase this item.

3

15. In a conjoint analysis, survey methodology is used to select respondents who are in the target market for a given product and who are therefore assumed to be familiar with the various attributes that products in the product category may have, such as brand name, price, color, size, style, material, and so forth. Individuals are then presented with numerous tasks where they are asked to choose between a small number (typically 3-4) of hypothetical products and indicate which they would purchase, or whether they would not purchase any of these products.

16. In a choice task, each hypothetical product has a list of "**attributes**" (e.g. size) that have a given "**level**" (e.g. small, medium, large). All hypothetical products in a given choice task have the same attributes, but the levels of these attributes differ. For instance, a roasted almonds company might show respondents products with different hypothetical flavor, color, size, and price variations. Flavor, color, size, and price are the attributes of this study, while "6 oz" and "4 oz" might be the levels of the attribute "size."

17. A consumer might first be asked to choose between, for instance, Product 1: Sweet Cinnamon flavor, yellow color, 6 oz, $4.99; Product 2: Sweet Cinnamon flavor, red color, 4 oz, $3.99; or Product 3: Smoked flavor, red color, 6 oz, $4.99. Next, that same customer might be asked to choose between Product 1, Product, 2, and Product 4: Smoked flavor, yellow color, 4 oz, $3.99. This choice-based data collection allows researchers to isolate and measure the specific utility to consumers of each given attribute level of a hypothetical product, such as "red color" and "6 oz size." For instance, appropriate statistical analysis and use of a market simulator might reveal that there is a $.10 price premium associated with yellow product label coloring, but a $.25 price premium associated with red product label coloring.

18. Because it would be cognitively burdensome for consumers to choose between every combination of each attribute level that is being tested in a new hypothetical product, conjoint

4

analysis uses statistical processes to select smaller combinations of product attribute levels that still allow for statistical analysis of the value of each attribute level to be made. The process of choice-based conjoint analysis thus creates a large dataset of multiple choice preferences for many potential consumers that collectively generates thousands of datapoints.

19. To statistically identify how much consumers are willing to pay for each given component of a product's makeup, I would use hierarchical Bayes regression analysis (Raudenbush & Bryk 2002) or similar appropriate statistical methodology to assess consumers' preferences for different attribute levels of a product. I would additionally use a market simulator that models consumer choice at different price points to identify the predicted price premium associated with specific product attribute levels.

20. If requested, I would conduct market research on current product attribute levels for Defendant's Product, then create, pretest, have fielded, analyze, and create a report on the results of a conjoint analysis to determine any market price premium associated with multivitamin dietary supplements that contained only natural ingredients compared to natural and synthetic ingredients or any other ingredients as requested.

B. <u>Proposed Steps for Conducting the Conjoint Analysis Survey</u>

21. If requested to do so, I will design and create a price premium survey following best practices for survey methodology as laid out in Biemer & Lyberg (2003), Diamond and Swann (2012), Dillman et al. (2014), Tourangeau et al. (2000), and Groves (2005). I will also follow best practices for general conjoint analysis as laid out in Green and Srinivasan (1990) and more specific best practices for the conjoint analysis software being used (Sawtooth Software) (Orme 2002, 2010; Orme and Chrzan 2017; Sawtooth Software Technical Paper Series 2009).

22. If I conducted this survey, I would first identify the target population. I expect that

5

the target population for this study would be defined as US adult (age 18+) consumers who had previously purchased Defendant's brand of multivitamins in the past 12 months for personal consumption. This would be an appropriate conservative choice of target population, as it would limit respondents to those with actual practice in choosing the Defendant's brand compared to its competitors in the marketplace. Before creating the survey, I would determine if adjustments to this target population definition were warranted based on changing conditions or additional information.

23. Second, I would create a screening survey using Qualtrics to ensure that only members of the identified target population above took the survey. Screening criteria would involve being at least 18 years of age, residing in the US, having purchased Defendant's brand of multivitamins in the past 12 months, and selecting a gender of either male or female. I would also employ quota sampling based on gender, race and ethnicity, and age to gather sufficient numbers of individuals in each category to be able to statistically identify any impact of these demographic variables on our outcomes, and to be able to statistically extrapolate from the sample results to the wider population.

24. A further component of this screening survey will include a distractor task to hide the true purpose of the survey from respondents. As in the consumer survey described earlier in this report, consumers will be asked questions about their perceptions of a fictional multivitamin gummy ("First Choice Multivitamin Acai Berry Gummies") and how this product might be used if brought to market. These questions will be similar to those that customers would see in a real new product development study and should thus serve to disguise the purpose of the study.

25. Third, I would use Sawtooth Software to create the conjoint analysis component of the survey. Sawtooth Software is the market leader for conducting professional, high quality

6

conjoint analysis and has an advanced platform that allows researchers to tailor and design the conjoint analysis to fit the needs of their project. Using this software, I would design a set of simulated products. In doing so, I would create an optimum number of simulated products that would both not place an excessive cognitive burden on respondents and also gather a large enough dataset of respondent choices for analysis. I anticipate showing respondents three hypothetical products in each choice task (rather than four) and asking respondents to complete approximately 12 choice tasks (rather than up to 20, as is sometimes done in conjoint analysis) to help prevent extreme cognitive burden.

26. I would identify relevant product attributes and levels thereof for the hypothetical products by conducting market research of the product category to establish external validity of the simulated products. Currently, I anticipate using the following attributes and levels, though this could be fine-tuned based on cognitive interviews, changing market conditions, or additional information: Brand (Bayer, First Choice), Price (varied in statistically appropriate increments based on market prices as established in Circana data), Serving Size (held constant, e.g. "2"), Count (held constant, e.g. 60 fruit bites), Vitamins Included (e.g., Vitamins A, D, E, B6, B12; Niacin; Biotin; Iodine; Zinc; Potassium), and Type of ingredients (Only natural ingredients, Natural and synthetic ingredients).

27. Fourth, I would conduct at least five cognitive interviews using the survey instrument to identify any areas of confusion for respondents. Cognitive interviews would take place by having interviewees each read aloud the instructions and then discuss their thought process regarding how they are answering the questions for the survey and each choice task for the conjoint analysis. Based on the results of the cognitive interviews, the survey wording and instructions might be modified to decrease the likelihood of measurement error.

7

28. Fifth, I would pretest the survey with approximately fifty respondents. This would allow us to identify any potential problems with the technical survey coding or other mechanical errors.

29. Sixth, after addressing any issues identified in the pretest, I would field the survey using a panel provider. I anticipate using Qualtrics as the panel provider as this firm is a market leader and is used to providing large samples of consumers who fit whatever screening criteria are required for these types of studies. To protect the double-blind nature of the study, neither the respondents nor the individuals responsible for recruiting respondents in the panel provider would be informed regarding the sponsorship of the study. I would seek to acquire sufficient data in all quota categories to allow for precise estimation of price premium information across demographic groups. I would then review the data to identify any issues of quality.

30. Seventh, I would analyze the data using appropriate statistical methods (e.g., hierarchical Bayes regression analysis, a market simulator) to identify any predicted price premiums associated with the "Type of ingredients" attributes' various levels.

31. Finally, I would anticipate writing a report detailing our methods, results, and the conclusions of our price premium survey and analysis.

I declare under penalty of perjury that the foregoing is true and correct. I reserve the right to update this report if new information becomes available.

Executed on 2/19/24

William Robert Ingersoll, Ph.D.

# REFERENCES

Biemer, Paul P, and Lars E Lyberg (2003), *Introduction to Survey Quality*: John Wiley & Sons.

Diamond, Shari S, and Jerre B Swann (2012), *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*: American Bar Association, Section of Intellectual Property Law.

Dillman, Don A, Jolene D Smyth, and Leah Melani Christian (2014), *Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method*: John Wiley & Sons.

Green, Paul E, and Venkat Srinivasan (1990), "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," *Journal of Marketing*, 54 (4), 3-19.

Groves, Robert M (2005), *Survey Errors and Survey Costs*: John Wiley & Sons.

Orme, Bryan (2002), "Interpreting Conjoint Analysis Data," *Sawtooth Software Research Paper Series*.

Orme, Bryan (2010), *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research*. Madison, WI: Research Publishers.

Orme, Bryan, and Keith Chrzan (2017), *Becoming an Expert in Conjoint Analysis: Choice Modeling for Pros*: Research Publishers.

Raudenbush, Stephen W, and Anthony S Bryk (2002), *Hierarchical Linear Models: Applications and Data Analysis Methods* (Vol. 1): sage.

Tourangeau, Roger, Lance J Rips, and Kenneth Rasinski (2000), *The Psychology of Survey Response*: Cambridge University Press.

# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

# WILLIAM R. INGERSOLL, PH.D.
August 2023


- Experience designing, understanding, and adjusting models and experiments and using the information to answer practical questions about markets, develop more effective models and better address new problems.
- Strong skills in data manipulation and statistical analysis, building arguments, and conducting research according to the scientific method.
- Proficiency in STATA, Matlab, R, EViews, and Excel.


Economist and Statistician
Phillips, Fractor & Company, LLC
2018 to present

Assistant Professor of Economics
School of Business and Management - Azusa Pacific University (Azusa, CA)
August 2016 to present

Instructor, Dept. of Economics
University of Arizona (Tucson, AZ)
Summers 2008, 2009, 2010, 2012 and Spring 2009


**Education**

| | | |
|---|---|---|
| Ph.D. 2016 | Economics | |
| | University of Arizona, Tucson | |
| | Dissertation: <u>Technology Advancement in Network Markets and Agent Bargaining</u> | |
| M.A. 2007 | Economics | |
| | University of Arizona, Tucson | |
| B.A. 2006 | Economics (*magna cum laude*), Minor in Mathematics | |
| | Sonoma State University (Rohnert Park, CA) | |



**ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY**
A Limited Liability Company

## Second Language and Email

Spanish (basic)
Email: wingersoll@rule26.com

## Fields of Specialization

Industrial Organization, Microeconomic Theory, Econometrics, Behavioral/Experimental Economics

## Publications and Book Review

1. "Currency, ForEx, and Cryptocurrency in Global Business" chapter in M.W. Cawman and P. Fine-Skalnik (Ed.), <u>Global Business and Marketing Strategy: Integrative Workbook of Exercises and Case Studies</u>. [Preliminary Edition] Cognella, Inc., 2023.
2. "Curtain Promises" with A.L. Matthews and G. Michael Phillips, <u>Journal of Case Studies</u>, November 2021, Issue 2.
3. "Bargaining with a Partially Incentivized Agent", (with Alex Roomets) <u>Journal of Economic Behavior and Organization</u>, Vol. 171 (March 2020) doi.org/10.1016/j.jebo.2020.01.018
4. "Technology Advancement in Network Markets", University of Arizona, mimeo, 2015.
5. Review of <u>Rediscovering Social Economics: Beyond the Neoclassical Paradigm</u> by Roger D. Johnson for *Faith and Economics*, Fall 2017.

## Working Paper

"How Long Will They Rent? Quantitative Analysis of Residential Mobility, Tenant Demographic Traits, and Rent Control" with M.C. Phillips, T.A. Sargent, and G.M. Phillips.

## Presentation

"A Test of Sequential Nash Bargaining" presented at *2013 Economic Science Association Conference*, Santa Cruz, CA.



**PHILLIPS, FRACTOR & COMPANY, LLC**

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

## Project Contributions

BORDERS Initiative – Research Asst. to Judy Gans at the Udall Center for Studies in Public Policy.
-Location analysis of apprehension data
-Real estate impact analysis of permanent border checkpoint

E-Verify Policy Analysis - Research Asst. to Judy Gans at the Udall Center
-Employment impact of new employee registration policies

Economic Impact of Immigrants - Research Asst. to Judy Gans at the Udall Center
-State-by-state and regional analysis of economic contributions of immigrants
-Food stamp usage among immigrants

## Courses Taught

Labor Economics
Econometrics
Industrial Organization and Regulation
Managerial Economics
Environmental Economics
Virtual Economies

## Association Memberships

American Statistical Association
National Association of Forensic Economics
National Association of Business Economics

## William Ingersoll, Ph.D. – Testimony List

### Depositions:

| | |
|---|---|
| 03/09/2022 | Jeffrey Barr et al v. Action Sales & Metal Co., Inc. –<br>Los Angeles Superior Court  BC723895 |
| 05/10/2022 | Nico Carlos v. Wal-Mart Associates, Inc. –<br>United States District Court, Central District of Calif. 5:21-cv-00294-AB-KK |
| 06/23/2022 | Fay, et al  vs. Solomon –<br>Los Angeles Superior Court  19STCV24611 |
| 11/10/2022 | Chao v. Martinez Ortiz, et al –<br>District Court Clark County, Nevada  A-21-834916-C |
| 11/14/2022 | Azaria Shahbazian v. CVS RX Services, Inc., *et al* –<br>AAA 01-20-0004-8811 |
| 01/04/2023 | Anthony Davis v. CVS Pharmacy, Inc., et al –<br>USDC, Central District of California 2:21-cv-02484-DMG-KS |
| 11/20/2023 | Robert Donovan, et al v. Diestel Turkey Ranch –<br>Orange Superior Court  30-2021-01183688-CU-BT-CXC |

### Trial & Arbitration Testimony:

| | |
|---|---|
| 07/08/2022 | Jeffrey Barr et al v. Action Sales & Metal Co., Inc. –<br>Los Angeles Superior Court  BC723895 |
| 10/06/2022 | Frank Basile vs. Parviz Taherpour, et al  –<br>Los Angeles Superior Court  20STCV13012 |
| 01/31/2023 | Azaria Shahbazian v. CVS RX Services, Inc. –<br>Arbitration AAA 01-20-0004-8811 |