# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 3C<br>Judge: Honorable Michael M. Anello<br><br>Complaint filed: July 25, 2022<br><br>Trial date: Not set |

     The Court has considered the motion of Plaintiffs Doniece Drake ("Drake") and Deborah Bowling ("Bowling") (collectively "Plaintiffs") for class certification in the above-entitled action pursuant to Rule 23 of the Federal Rules of Civil Procedure. The Court has reviewed all materials submitted in support of and in opposition to the motion. After careful consideration, the Court concludes that class certification is appropriate. Accordingly, the Court hereby GRANTS Plaintiffs' Motion for Class Certification.

     The Court hereby certifies the following class under Rule 23(a) and (b)(3) for the following California Class for violation of California's Consumers Legal Remedies Act, CAL. CIV. CODE § 1770 *et seq.* ("CLRA"):

All persons who purchased at least one of the following Products in the State of California from March 1, 2020 to May 30, 2023:
- One-A-Day Natural Fruit Bites Women's
- One-A-Day Natural Fruit Bites Men's
- One-A-Day Natural Fruit Bites Women's 50+
- One-A-Day Natural Fruit Bites Men's 50+

     The Court hereby certifies the following class under Rule 23(a) and (b)(3) for the following New York Class for violations of New York's General Business Law ("GBL") §§ 349 and 350:

All persons who purchased at least one of the following Products in the State of New York from May 31, 2020 to May 30, 2023:
- One-A-Day Natural Fruit Bites Women's
- One-A-Day Natural Fruit Bites Men's
- One-A-Day Natural Fruit Bites Women's 50+
- One-A-Day Natural Fruit Bites Men's 50+

     Excluded from the Classes are officers, directors of Defendant of any entity in which Defendant currently has or had a controlling interest; and Defendant's legal representatives, heirs, successors, and assigns.

1   Furthermore, the Court appoints Plaintiff Bowling as class representative for
2   the California Class, and Plaintiff Drake as class representative for the New York
3   Class.
4   Finally, the Court appoints Reese LLP as class counsel, pursuant to Rule
5   23(g).
6   **IT IS SO ORDERED.**

DATED:_____          _____
                               THE HONORABLE MICHAEL M. ANELLO
                               *UNITED STATES DISTRICT JUDGE*