**REESE LLP**
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*

[Additional Counsel on Signature Page]

*Counsel for Plaintiffs Doniece Drake and Deborah Bowling and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONIECE DRAKE and DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**ERRATA TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 3C<br>Judge: Honorable Michael M. Anello<br><br>Complaint filed: July 25, 2022<br>Trial date: Not set |

Plaintiffs Doniece Drake ("Drake") and Deborah Bowling ("Bowling") (together, "Plaintiffs") respectfully submit this errata correcting portions of their memorandum of points and authorities in support of their Motion for Class Certification (ECF No. 90-1).

The following portions of Plaintiffs' memorandum were submitted in error, and should have read as follows:

1. Heading to Section C on page 7, lines 3-4 should read as follows, "Consumers' Perceptions of the Product Labels and Their Importance to Consumers."

2. Page 14, lines 5-10 should read as follows

> *Third*, the Matthews Report shows a majority of consumers who viewed the Products' labels believed that the Products contained only natural ingredients, as opposed to "both natural and synthetic ingredients" or "only synthetic ingredients." *See* Matthews Report, ¶¶ 34-35; 193-194. As with the previous evidence, these findings apply to all consumers, and thus, provide common evidence.

3. Page 19, lines 3-4 read "…where she would…", but should read ". . . where he would . . ."

4. Page 19, line 6 should read "Ingersoll Report ¶¶ 16-19, 26, 29, 30."

Date: April 19, 2024

Respectfully submitted,

**REESE LLP**

*/s/ Charles D. Moore*
Charles D. Moore (admitted *pro hac vice*)
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
Telephone: 212-643-0500
Facsimile: 212-253-4272
Email: *cmoore@reesellp.com*

**REESE LLP**
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*

**REESE LLP**
George V. Granade (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272
Email: *ggranade@reesellp.com*

*Counsel for Plaintiffs Doniece Drake and Deborah Bowling and the Proposed Class*