**EXHIBIT D**

**Redacted. Filed provisionally under seal.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. 3:22-CV-01085-MMA-JLB

EDISON CORPUZ, DENIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BAYER CORPORATION,

Defendant.
--------------------------------/

VIDEOTAPED DEPOSITION OF

DEBORAH BOWLING

DATE: Tuesday, January 23, 2024

TIME: 9:00 a.m. 4:58 p.m.

LOCATION: Prevail Testimony Management Platform

REPORTER: Janet Wallravin

APPEARANCES

ON BEHALF OF PLAINTIFFS EDISON CORPUZ, DONIECE DRAKE, DEBORAH BOWLING:

GEORGE V. GRANADE, ESQUIRE
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
ggranade@reesellp.com
310-393-0070

ON BEHALF OF DEFENDANT BAYER CORPORATION:

JONATHAN F. COHN, ESQUIRE
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, Northwest
Washington, DC 20001
jon@lkcfirm.com
512-693-8350

ON BEHALF OF DEFENDANT BAYER CORPORATION:

KATHERINE C. YARGER, ESQUIRE
LEHOTSKY KELLER COHN LLP
700 Colorado Boulevard, Suite 407
Denver, Colorado 80206
katie@lkcfirm.com
512-693-8350

ALSO PRESENT:

Janet Wallravin, Deposition Officer
Lisa White, Notary Public
Alexandro Acosta, Videographer

Q. Or the green apple?
A. I can't remember the --
Q. Blue raspberry?
A. I don't know.
Q. You remember they're colored, correct?
A. Right.
Q. But you cannot recall which color you bought, correct?
A. I think they were multicolored, but I can't -- I can't remember how they were.
Q. Okay. Sort of like in that bottle, you see multi colors, right?
A. Right, and then this one's plain. I -- I just don't remember how the -- what they look like.
Q. You remember which flavor you got?
A. I don't think there was separate flavors.
Q. Okay.
A. I think they're multiflavored.
Q. Multi flavors?
A. That's -- I -- I don't remember what they -- what they look like or what they -- what colors they were.
Q. How many bottles did you buy?
A. I bought them for a couple of years, so once a month.
Q. When did you start taking them?

Q. When you shop at CVS, do you use a credit card?
A. Some -- yeah, sometimes.
Q. Sometimes yes, sometimes not?
A. Probably most of the time, yes.
Q. Have you looked at your credit card receipts in connection with this litigation?
A. No.
Q. You haven't looked to see if your credit card statements reflect any purchases of multivitamins?
A. Well, last December -- not -- not this last December, December of '22 -- I had some bank fraud, and so I had to close my accounts and open a new account. So I don't have any of the old -- I don't even know my old credit card number.
Q. Do you know what vitamins are?
A. Yes.
Q. What are vitamins?
A. They're things that are necessary for good health. They're -- they come from plants, I believe, and -- from fruit and vegetables.
Q. So do I understand that you -- you consume vitamins in your food; is that right?
A. Yes.
Q. What vitamins do you consume in your food?
MR. GRANADE: Objection.
BY MR. COHN:

Q. How about the biotin? Do you recall what kind of biotin you're taking now?
A. No.
Q. And do you recall what kind of biotin you took before?
A. No.
Q. As for your multivitamin, what brand of multivitamin are you taking now?
A. I believe it's CVS --
Q. The CVS brand?
A. -- brand. Yeah.
Q. How about previous brands? You recall any previous brands you took?
A. Well, the One A Day fruit bites, and after that, I think I was just taking the CVS brand. And it's not chewable.
Q. It's a pill?
A. Yes.
Q. Have you ever taken CVS gummies?
A. No.
Q. Ever taken CVS capsules?
A. No.
Q. Any CVS softgels?
A. I don't think so.
Q. You're currently taking a CVS pill.
A. Yes.

A. Yeah. There was -- I know I took those for a long time.

Q. Are you sure it was a red pill?

A. No, I'm not positive, but that's -- I'm --

Q. Are you sure it's One A Day?

A. I did take One A Days for a few years, yes.

Q. Do you recall any other multivitamin product you've ever taken?

A. I don't remember the names, no.

Q. How long did you take that Nature Bounty product?

A. The Nature Bounty? Let's see. I saw the doctor in September. Maybe a couple of months. And -- oh, I took them once a few years ago because my cousin is a pharmacist --

Q. Mm-hmm.

[redacted]

Q. So I want to make sure I have a complete list now.

A. Mm-hmm.

Q. For B12, you don't know the brand of the product, correct?

A. Right.

Q. You recall nothing about the B12 bottle, correct?

A. Right.

lactose. No soy. No gluten. No wheat. No fish."
Q. So it wasn't just the word "natural", correct?
A. Well, it doesn't have the word natural, but it's -- it sounds like it -- it would be natural.
Q. Based on all the stuff you just read, correct?
A. Mm-hmm.
Q. And if I understand correctly, you looked at the ingredient list, right?
A. Yes.
Q. And you looked at the amount of biotin, correct?
A. Mm-hmm.
Q. Did you look at anything else?
A. No.
[redacted]
A. No.
Q. You just saw that one, and you bought it.
A. It was two for one at the time. So I was looking, you know, at the price and the -- making sure it wasn't artificial or whatever or synthetic.
Q. Why did you look at the ingredient list?
A. I read the ingredients on everything. When I'm in the grocery store, it takes me hours to grocery shop because I read everything.
Q. You look at the ingredient list closely?

Q. And yet, you're saying you switched from the Natural Fruit Bites because of the synthetic vitamins. Did I get that correct?
A. Yes.
Q. Why didn't you switch to a product that you thought had 100 percent natural ingredients?
A. I don't remember.
Q. It's not something you recall thinking about?
A. I don't remember.
Q. You don't recall whether it's something you cared about, right?
A. No. It's something I care about. I prefer natural or organic products and vitamins also.
Q. And yet, today, you're not taking a single vitamin of any kind that you can say is natural, right?
MR. GRANADE: Objection.
THE WITNESS: I don't know.
BY MR. COHN:
Q. You just don't know if your vitamins are natural or not.
A. I don't know right off hand. No, I don't.
Q. And you don't know if any of those bottles say natural on the label, correct?
MR. GRANADE: Objection.
THE WITNESS: I don't know.

MR. GRANADE: And I'll just advise you, to the extent he's asking about attorneys, that that's privileged.

THE WITNESS: [inaudible]. Aside from the doctors -- say the question one more time. I'm sorry.

BY MR. COHN:

Q. So aside from the doctors you mentioned earlier and aside from your attorneys have you spoken to anyone before about vitamins?

A. No.

Q. How about minerals?

A. No.

Q. How about multivitamins?

A. No.

Q. How about any kind of vitamin supplement?

A. No.

[redacted] you have any other vitamin supplements in your house?

A. No.

Q. Have you ever bought a gummy multivitamin?

A. Well, the Fruit Bites were gummy, right?

Q. No. They weren't.

MR. GRANADE: Is there a question pending?

BY MR. COHN:

A. I just said "possibly." I don't know that.
Q. You have no idea one way or another.
A. No.
Q. And sitting here today, you can't identify what it is that makes the Bayer product unnatural under your definition of natural, correct?
A. Right.
MR. COHN: Okay. We can take a break.
THE VIDEOGRAPHER: Does everyone agree to go off the record?
THE WITNESS: Yes.
MR. COHN: Yes, sir.
THE VIDEOGRAPHER: All right. Going off the record. The time is 12:10 p.m.
THE WITNESS: [inaudible].
(Off the record)
THE VIDEOGRAPHER: All right. We are back on the record. The time is 1:06 p.m.
MR. COHN: We're back.
THE WITNESS: Hello.
BY MR. COHN:
Q. So before we got disconnected, or perhaps afterwards, I was asking you --
A. What I did during the break.
Q. Yes.

correctly. "Produce receipts or other proof of payment for all multivitamins and/or dietary supplements you or your household family members have purchased and/or used, including the One A Day Natural Fruit Bites at issue."

Did I read that correctly?

A. Yes.

Q. And did you do a search for all receipts or the proof of payment?

MR. GRANADE: Objection.

THE WITNESS: I don't have any receipts.

BY MR. COHN:

Q. You bought products in the past year, correct?

A. Yes.

Q. And you bought products after you filed this case, correct?

A. Yes.

MR. GRANADE: Objection.

BY MS. COHN:

Q. When did your lawyers first ask you for documents?

A. I don't know.

Q. Did your lawyers tell you you had a legal obligation to preserve documents?

A. No.

MR. GRANADE: Objection.

BY MR. COHN:

Q. What's your basis for saying that?
MR. GRANADE: Objection.
THE WITNESS: When he makes an -- an objection --
BY MR COHN:
Q. No, you have to answer.
A. I -- I still have to answer. Okay. I'm blanking. I mean, I have -- I read up on it at one point, but it's been a while.
Q. You would agree that fermentation is natural even though it's a chemical process, right?
A. Not always, but --
Q. It can be, right?
A. Yeah, it can be.
Q. You're not saying that all chemical processes are unnatural, right?
A. No. I'm saying there's natural chemical processes and not-natural ones.
Q. Correct. So something could be a chemical process and still be natural, right?
A. Yeah.
Q. A substance could be chemically changed by a chemical process and still be natural, right?
A. Depends on how it's changed and what the chemical process is. I mean, fermentation is something that happens naturally. Not all chemical processes are natural.

Q. Didn't look at any journal articles, right?
A. No.
Q. Didn't look online at all, right?
A. No.
Q. Didn't ask your doctor, right?
A. No.
Q. Didn't ask a nutritionist, right?
A. No.
Q. You didn't ask anybody with a science background whatsoever, correct?
A. Correct.
Q. So when you accused Bayer of fraud, what basis, if any, did you have for thinking these chemical processes are unnatural?
MR. GRANADE: Objection.
THE WITNESS: I don't know. I can't remember.
BY MR COHN:
Q. Did you ever have a basis?
MR. GRANADE: Objection.
THE WITNESS: Yes.
BY MR. COHN:
Q. You just can't remember that basis. I can't understand a head shake.
A. Oh, no. I can't remember.
Q. And you don't know if it's a good basis or a bad

A. They -- they don't -- those parenthesized definitions or whatever they are don't sound natural.
Q. Just reading them, they don't sound natural to you.
A. Right.
Q. Reading them, you think those are the result of an unnatural chemical process, correct?
A. Yes.
Q. Have you done any research to assess whether the chemical process, if any, is natural?
A. No.
Q. Aside from your attorneys, did you speak to anyone to assess whether these items are the result of an unnatural chemical process?
A. No.
Q. To this day, you cannot tell us one way or another whether any of these vitamins are the result of an unnatural chemical process, can you?
A. I could have a few months ago, but right now, I'm -- I'm blanking on it. I'm looking at all these words, and I'm not remembering.
Q. But in your view, [inaudible] --
A. You haven't -- I haven't concentrated on this over the last six months.
Q. Did you know you were being deposed today?

A. "Thiamine -- " I -- I can't read it from here very well. " -- mononitrate."

Q. Do those sound chemically to you?

A. A couple of them do. Most -- like, the "vitamin C as ascorbic acid," I think is good.

Q. But looking at this, it includes vitamins that you would call, to use your word, "chemically," right?

A. Did I use that word?

Q. Multiple times.

A. Oh, sorry. Or synthetic.

Q. I couldn't hear that. Could you say that again?

A. I said "or synthetic" would be a better word, I think.

Q. You think this vitamin includes synthetic ingredients.

A. I think some of them do, yeah.

Q. You think a few of these vitamins are synthetic vitamins, correct?

A. Yes. They're also not advertised as natural -- or all natural.

Q. But just to be clear, you're taking this vitamin product today, right?

A. Yes.

Q. And you're taking this vitamin product with ingredients that you recognize as being synthetic, right?

A. Yes.
Q. And to be clear --
A. [inaudible].
Q. -- we looked at the front label earlier, right?
A. What do you mean?
Q. We looked at the front label of this product earlier, and we --
A. Yes. Yeah, this is the vitamin I'm taking.
Q. And you remember the green pill?
A. Yes.
Q. You said it was a big green pill?
A. It's actually turquoise.
Q. Turquoise?
A. Yeah, it's not --
Q. Okay.
A. -- quite as green as it looks on here.
Q. It's not a natural color, though, right?
A. Oh, no.
Q. Do you see under "other ingredients"?
A. No.
Q. You don't see the "other ingredients"? Do you see the -- the "other ingredients" now?
A. Yes.
Q. You see "microcrystalline cellulose"?
A. Yes.

Q. You know what that is?
A. No.
Q. Sounds pretty chemically, right?
A. Uh-huh.
Q. Let's go a little bit further. Do you see "FD&C Blue #1 Lake"?
A. Yes.
Q. That's an artificial color, isn't it?
A. I think so.
Q. Do you see "FD&C Yellow #5 Lake"?
A. Yes.
Q. That's also an artificial color, right?
A. I think so.
Q. And then at the bottom, do you see "Contains: FD&C Yellow #5 Lake"?
A. Yes.
Q. What's in parentheses?
A. I don't know. I can't read it.
Q. "Tartrazine"?
A. Okay. "Tartrazine," yeah.
Q. What's tartrazine?
A. That's a color additive.
Q. It's a color additive. So you have at least three artificial colors in this product, right?
A. Right.

Q. And you stopped taking the Bayer one because it has synthetic ingredients?
A. There was some other ingredients that [inaudible] -- but I don't remember what they were. But, yes, [inaudible].
Q. You stopped taking because of synthetic ingredients, right?
A. And because of the false advertising that -- saying they were natural, when I don't believe they are.
Q. Every other product that you've taken since then, every other vitamin product, has synthetic ingredients, right?
A. Right.
MR. GRANADE: Objection.
BY MR. COHN:
Q. So I'm confused. You say you want to take natural vitamins, and yet every one of these multivitamin products contains synthetic vitamins.
Why are you taking, repeatedly, vitamin products that contain synthetic vitamins?
A. I don't know.
Q. You don't think any of those products is more natural than the Bayer product, correct?
A. Yeah, I think that the -- the B12 is, but I -- I'll have to check it. But I don't think there's anything added to that.
Q. Let's put aside the B12, which we're going to

CERTIFICATE OF OATH

STATE OF CALIFORNIA)

I, the undersigned authority, certify that DEBORAH BOWLING, personally appeared before me and was duly sworn.

WITNESS, my hand and official signature and seal this 1st day of February 2024.

Lisa White
CSR License No.: 8402
My Commission Expires: 8/31/2024

CERTIFICATE OF REPORTER

STATE OF NEW YORK)

COUNTY OF NEW YORK)

I, JANET WALLRAVIN, Notary Public, do hereby certify that I was authorized to report the deposition of DEBORAH BOWLING; that the Deponent was duly sworn by a California Notary Public; that the testimony then given by DEBORAH BOWLING was transcribed under my direction by Claudia Solis, CER and that the foregoing transcript is a true and correct record of the testimony given, to the best of my ability.

I further certify that I am not a relative, employee, attorney, or counsel to any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this 1st day of February 2024.

Janet Wallravin

Janet Wallravin
Notary Public, State of New York
Commission No.: 01WA6349118
My Commission Expires: 10/17/2024