Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendant*
(*Additional Attorneys for Defendant on Subsequent Page*)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**DEFENDANT BAYER HEALTHCARE LLC'S NOTICE OF MOTION AND MOTION FOR RULE 11 SANCTIONS**<br><br>Date: June 24, 2024<br>Time: 2:30 p.m.<br>Courtroom: 3C<br>Judge: Honorable Michael M. Anello<br><br>Complaint filed: July 25, 2022<br><br>Trial Date: Not Set |

1    *Additional Counsel for Defendant*

2    Katherine C. Yarger* (CO 40387)
3    LEHOTSKY KELLER COHN LLP
     700 Colorado Blvd., #407
4    Denver, CO 80206
5    Email: katie@lkcfirm.com
     Tel: (512) 693-8350
6    Fax: (512) 727-4755

7

8    Alexis Swartz* (TX 24122045)
     LEHOTSKY KELLER COHN LLP
9    408 W. 11th St. 5th Floor
     Austin, TX 78701
10    Email: alexis@lkcfirm.com
11    Tel: (512) 693-8350
     Fax: (512) 727-4755

12

13                                                        * Admitted *pro hac vice*.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO PLAINTIFFS AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 24, 2024, at 2:30 p.m. in Courtroom 3C located at 333 West Broadway, San Diego, CA 92101, Defendant Bayer Corporation will and hereby does move pursuant to Federal Rule of Civil Procedure 11 for sanctions, dismissal with prejudice, and an award of Bayer's reasonable attorneys' fees. The motion is based on this notice of motion, the memorandum of points and authorities attached hereto, the Declaration of Alexis Swartz and supporting exhibits attached hereto, all other papers and pleadings on file, and the argument of counsel at any hearing on this motion. The motion is based on the ground that Plaintiffs' class certification motion and class action complaint are frivolous and that Plaintiffs' counsel has misrepresented the evidence of their own expert.

Dated:  May 11, 2024                           Respectfully submitted,

*/s/ Jonathan F. Cohn*
Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendant*
\* Admitted *pro hac vice*.

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, in accordance with Federal Rule of Civil Procedure 11(c)(2), I served the foregoing on Charles D. Moore via electronic service as previously agreed by the parties.

Date: May 11, 2024

By: */s/ Alexis Swartz*

Alexis Swartz