1  Jonathan F. Cohn* (NY 2972578)
2  Shannon Grammel* (KS 29105)
   LEHOTSKY KELLER COHN LLP
3  200 Massachusetts Ave., NW
4  Washington, DC 20001
   Email: jon@lkcfirm.com
5  Tel.: (512) 693-8350
6  Fax: (512) 727-4755

7  *Attorneys for Defendant*
   (*Additional Attorneys for Defendant on
8  Subsequent Page*)

9

10

11  **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF CALIFORNIA**
12

13  DONIECE DRAKE, DEBORAH ) Case No. 3:22-cv-01085-MMA-JLB
14  BOWLING, individually and on behalf )
    of all others similarly situated, ) **DECLARATION OF ALEXIS**
15                                     ) **SWARTZ IN SUPPORT OF**
16          Plaintiffs, ) **DEFENDANT BAYER**
                                       ) **HEALTHCARE LLC'S NOTICE OF**
17     v. ) **MOTION AND MOTION FOR RULE**
18                                     ) **11 SANCTIONS**
19  BAYER HEALTHCARE LLC, )
                                       ) Date: June 24, 2024
20          Defendant. ) Time: 2:30 p.m.
21                                       Courtroom: 3C
                                         Judge: Honorable Michael M. Anello
22

23                                       Complaint filed: July 25, 2022

24                                       Trial Date: Not Set

25

26

27  _____

28

*Additional Counsel for Defendant*

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

* Admitted *pro hac vice*.

I, Alexis Swartz, pursuant to 28 U.S.C. §1746 and under penalty of perjury, hereby declare as follows:

I am an Associate at Lehotsky Keller Cohn LLP, counsel representing Defendant Bayer Healthcare, LLC (Defendant) in this litigation. I am a member in good standing of the bar of the State of Texas. I am admitted pro hac vice in the above-captioned action.

I respectfully submit this declaration in support of Defendant's Notice of Motion and Motion for Rule 11 Sanctions. Except as otherwise noted, the facts set forth in this declaration are based in part upon my personal knowledge and I would competently testify to them if called upon to do so.

1. Attached hereto as **Exhibit A** is a true and correct copy of Collected Deposition Excerpts of Dr. Andrea Lynn Matthews.

2. Attached hereto as **Exhibit B** is a true and correct copy of Deposition Excerpts from Dr Andrea Lynn Matthews taken on April 3, 2024.

3. Attached hereto as **Exhibit C** is a true and correct copy of Deposition Excerpts from Doniece Drake taken on January 19, 2024.

4. Attached hereto as **Exhibit D** is a true and correct copy of Deposition Excerpts from Deborah Bowling taken on January 23, 2024.

5. Attached hereto as **Exhibit E** is a true and correct copy of Deposition Excerpts from the 30(b)(6) deposition of Amanda McCarthy taken on January 17, 2024.

6. Attached hereto as **Exhibit F** is a true and correct copy of Defendant's Objections and Responses to Plaintiffs' Interrogatories (Set Two).

7. Attached hereto as **Exhibit G** is a true and correct copy of Defendant's Fifth Supplemental Objections and Responses to Plaintiff's Interrogatories (Set One).

8. Attached hereto as **Exhibit H** is a true and correct copy of Plaintiff Drake's Responses to Defendant's Requests for Production of Documents (Set

One).

9. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiff Bowling's Responses to Defendant's Requests for Production of Documents (Set One).

10. Attached hereto as **Exhibit J** is a true and correct copy of the Expert Report of Dr. Andrea Lynn Matthews, ECF 90-23.

11. Attached hereto as **Exhibit K** is a true and correct copy of the Show Cause Transcript dated June 8, 2023.

12. Attached hereto as **Exhibit L** is a true and correct copy of an Email Exchange between counsel dated March 5-6, 2024.

13. Attached hereto as **Exhibit M** is a true and correct copy of a Screenshot of BAYER NFB-0033272 taken at 0:06.

14. Attached hereto as **Exhibit N** is a true and correct copy of CORPUZ0005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2024 in Travis County, Texas.

*/s/ Alexis Swartz*
Alexis Swartz

2

Dated:  May 11, 2024                     Respectfully submitted,

*/s/ Jonathan F. Cohn*
Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendant*
* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, in accordance with Federal Rule of Civil Procedure 11(c)(2), I served the foregoing on Charles D. Moore via electronic service as previously agreed by the parties.

Date: May 11, 2024

By: */s/ Alexis Swartz*

Alexis Swartz