# EXHIBIT D

**Redacted. Filed provisionally under seal.**

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. 3:22-CV-01085-MMA-JLB


EDISON CORPUZ, DENIECE DRAKE,
DEBORAH BOWLING, individually
and on behalf of all others similarly
situated,

      Plaintiffs,

v.

BAYER CORPORATION,

      Defendant.
------------------------------/


VIDEOTAPED DEPOSITION OF

DEBORAH BOWLING


DATE:            Tuesday, January 23, 2024

TIME:            9:00 a.m.  4:58 p.m.

LOCATION:        Prevail Testimony Management Platform

REPORTER:        Janet Wallravin

```
                                                             Page  2

 1                          APPEARANCES

 2    ON BEHALF OF PLAINTIFFS EDISON CORPUZ, DONIECE DRAKE, DEBORAH
      BOWLING:
 3
              GEORGE V. GRANADE, ESQUIRE
 4            REESE LLP
              8484 Wilshire Boulevard, Suite 515
 5            Los Angeles, California 90211
              ggranade@reesellp.com
 6            310-393-0070

 7    ON BEHALF OF DEFENDANT BAYER CORPORATION:

 8            JONATHAN F. COHN, ESQUIRE
              LEHOTSKY KELLER COHN LLP
 9            200 Massachusetts Avenue, Northwest
              Washington, DC 20001
10            jon@lkcfirm.com
              512-693-8350
11
      ON BEHALF OF DEFENDANT BAYER CORPORATION:
12
              KATHERINE C. YARGER, ESQUIRE
13            LEHOTSKY KELLER COHN LLP
              700 Colorado Boulevard, Suite 407
14            Denver, Colorado 80206
              katie@lkcfirm.com
15            512-693-8350

16    ALSO PRESENT:

17            Janet Wallravin, Deposition Officer
              Lisa White, Notary Public
18            Alexandro Acosta, Videographer

19

20

21

22

23

24

25
```

```
                                                            Page  24

 1          A.     Yes.

 2          Q.     What product is at issue?

 3          A.     The One A Day gummies -- fruit bites.

 4          Q.     The gummy fruit bites; is that correct?

 5          A.     Right.   Right.   Natural fruit bites.

 6          Q.     Are you sure they're called natural fruit bites?

 7          A.     Yes.

 8          Q.     Does the word "natural" appear in the label?

 9          A.     Yes.   It did.   I -- I don't know what they are --
10     say now.

11          Q.     Where in the label did the word "natural" appear?

12          A.     Right before "fruit bites."

13          Q.     Do you recall anything else from the label?

14          A.     No, I don't.

15          Q.     Nothing at all?   You don't recall any of the
16     graphics?

17          A.     There might have been fruit on it.   I can't
18     remember.

19          Q.     Do you recall what fruit it might have been?

20          A.     It's been over a year.   No.

21          Q.     Could it have been a banana?

22          A.     I don't remember.   I don't remember.

23          Q.     Could it have been a cherry?

24          A.     Could have been.   I don't remember.

25          Q.     Could it have been a black cherry?
```

Page  29

1          A.    No.

2          Q.    Have you spoken to any of them?

3          A.    No.

4          Q.    Do you know any of their names?

5          A.    Doniece Drake.  Her -- came -- name just came up on

6    the screen.

7          Q.    Have you met her?

8          A.    No.

9          Q.    Have you spoken with her?

10         A.    No.

11         Q.    Emailed with her?

12         A.    No.

13         Q.    Any correspondence with her?

14         A.    No.

15         Q.    The gummies that you -- you say you purchased, were

16   they gummy bears?

17         A.    No.

18         Q.    What do they look like?

19         A.    I think they were square.  I can't remember exactly.

20    I mean, I've purchased a lot of vitamins.

21         Q.    Do you recall anything else about their look?

22         A.    They're colored -- I mean, fruit-colored, I guess.

23         Q.    Were they the yellow ones?  Were they, like, the

24   banana?

25         A.    I can't remember.

Page 30

1          Q.    Or the green apple?

2          A.    I can't remember the --

3          Q.    Blue raspberry?

4          A.    I don't know.

5          Q.    You remember they're colored, correct?

6          A.    Right.

7          Q.    But you cannot recall which color you bought,

8     correct?

9          A.    I think they were multicolored, but I can't -- I

10    can't remember how they were.

11         Q.    Okay.  Sort of like in that bottle, you see multi

12    colors, right?

13         A.    Right, and then this one's plain.  I -- I just don't

14    remember how the -- what they look like.

15         Q.    You remember which flavor you got?

16         A.    I don't think there was separate flavors.

17         Q.    Okay.

18         A.    I think they're multiflavored.

19         Q.    Multi flavors?

20         A.    That's -- I -- I don't remember what they  -- what

21    they look like or what they -- what colors they were.

22         Q.    How many bottles did you buy?

23         A.    I bought them for a couple of years, so once a

24    month.

25         Q.    When did you start taking them?

Page 38

1           Q.     When you shop at CVS, do you use a credit card?

2           A.     Some -- yeah, sometimes.

3           Q.     Sometimes yes, sometimes not?

4           A.     Probably most of the time, yes.

5           Q.     Have you looked at your credit card receipts in

6      connection with this litigation?

7           A.     No.

8           Q.     You haven't looked to see if your credit card

9      statements reflect any purchases of multivitamins?

10          A.     Well, last December -- not -- not this last

11     December, December of '22 -- I had some bank fraud, and so I had

12     to close my accounts and open a new account.  So I don't have

13     any of the old -- I don't even know my old credit card number.

14          Q.     Do you know what vitamins are?

15          A.     Yes.

16          Q.     What are vitamins?

17          A.     They're things that are necessary for good health.

18     They're -- they come from plants, I believe, and -- from fruit

19     and vegetables.

20          Q.     So do I understand that you -- you consume vitamins

21     in your food; is that right?

22          A.     Yes.

23          Q.     What vitamins do you consume in your food?

24                 MR. GRANADE:  Objection.

25     BY MR. COHN:

Page 49

1          Q.    How about the biotin?  Do you recall what kind of
2     biotin you're taking now?
3          A.    No.
4          Q.    And do you recall what kind of biotin you took
5     before?
6          A.    No.
7          Q.    As for your multivitamin, what brand of multivitamin
8     are you taking now?
9          A.    I believe it's CVS --
10         Q.    The CVS brand?
11         A.    -- brand.  Yeah.
12         Q.    How about previous brands?  You recall any previous
13    brands you took?
14         A.    Well, the One A Day fruit bites, and after that, I
15    think I was just taking the CVS brand.  And it's not chewable.
16         Q.    It's a pill?
17         A.    Yes.
18         Q.    Have you ever taken CVS gummies?
19         A.    No.
20         Q.    Ever taken CVS capsules?
21         A.    No.
22         Q.    Any CVS softgels?
23         A.    I don't think so.
24         Q.    You're currently taking a CVS pill.
25         A.    Yes.

54

Page 54

1          A.    Yeah.  There was -- I know I took those for a long

2     time.

3          Q.    Are you sure it was a red pill?

4          A.    No, I'm not positive, but that's -- I'm --

5          Q.    Are you sure it's One A Day?

6          A.    I did take One A Days for a few years, yes.

7          Q.    Do you recall any other multivitamin product you've

8     ever taken?

9          A.    I don't remember the names, no.

10         Q.    How long did you take that Nature Bounty product?

11         A.    The Nature Bounty?  Let's see.  I saw the doctor in

12    September.  Maybe a couple of months.  And -- oh, I took them

13    once a few years ago because my cousin is a pharmacist --

14         Q.    Mm-hmm.

15         A.    ████████████████████████████████████████████

      ██ ████████████████████████████████████████████████████

      ██ ████████████████████    ███████████████████████████████

      ██ ███████

19         Q.    So I want to make sure I have a complete list now.

20         A.    Mm-hmm.

21         Q.    For B12, you don't know the brand of the product,

22    correct?

23         A.    Right.

24         Q.    You recall nothing about the B12 bottle, correct?

25         A.    Right.

Page 109

1      Q.    And yet, you're saying you switched from the Natural

2  Fruit Bites because of the synthetic vitamins.  Did I get that

3  correct?

4      A.    Yes.

5      Q.    Why didn't you switch to a product that you thought

6  had 100 percent natural ingredients?

7      A.    I don't remember.

8      Q.    It's not something you recall thinking about?

9      A.    I don't remember.

10     Q.    You don't recall whether it's something you cared

11 about, right?

12     A.    No.  It's something I care about.  I prefer natural

13 or organic products and vitamins also.

14     Q.    And yet, today, you're not taking a single vitamin

15 of any kind that you can say is natural, right?

16           MR. GRANADE:  Objection.

17           THE WITNESS:  I don't know.

18 BY MR. COHN:

19     Q.    You just don't know if your vitamins are natural or

20 not.

21     A.    I don't know right off hand.  No, I don't.

22     Q.    And you don't know if any of those bottles say

23 natural on the label, correct?

24           MR. GRANADE:  Objection.

25           THE WITNESS:  I don't know.

```
                                                        Page  114

 1                   MR. GRANADE:  And I'll just advise you, to the

 2           extent he's asking about attorneys, that that's

 3           privileged.

 4                   THE WITNESS:  [inaudible].  Aside from the doctors

 5           -- say the question one more time.  I'm sorry.

 6    BY MR. COHN:

 7           Q.   So aside from the doctors you mentioned earlier and

 8    aside from your attorneys have you spoken to anyone before about

 9    vitamins?

10           A.   No.

11           Q.   How about minerals?

12           A.   No.

13           Q.   How about multivitamins?

14           A.   No.

15           Q.   How about any kind of vitamin supplement?

16           A.   No.

17           Q.   ██████████████████████████████████████████████████

   ██████████████████████████████████████████████████████████████

19    you have any other vitamin supplements in your house?

20           A.   No.

21           Q.   Have you ever bought a gummy multivitamin?

22           A.   Well, the Fruit Bites were gummy, right?

23           Q.   No.  They weren't.

24                   MR. GRANADE:  Is there a question pending?

25    BY MR. COHN:
```

Page 140

1          A.    I just said "possibly."  I don't know that.

2          Q.    You have no idea one way or another.

3          A.    No.

4          Q.    And sitting here today, you can't identify what it

5    is that makes the Bayer product unnatural under your definition

6    of natural, correct?

7          A.    Right.

8                MR. COHN:  Okay.  We can take a break.

9                THE VIDEOGRAPHER:  Does everyone agree to go off the

10         record?

11               THE WITNESS:  Yes.

12               MR. COHN:  Yes, sir.

13               THE VIDEOGRAPHER:  All right.  Going off the record.

14          The time is 12:10 p.m.

15               THE WITNESS:  [inaudible].

16                          (Off the record)

17               THE VIDEOGRAPHER:  All right.  We are back on the

18         record.  The time is 1:06 p.m.

19               MR. COHN:  We're back.

20               THE WITNESS:  Hello.

21   BY MR. COHN:

22          Q.    So before we got disconnected, or perhaps

23   afterwards, I was asking you --

24          A.    What I did during the break.

25          Q.    Yes.

Page 165

1    correctly.  "Produce receipts or other proof of payment for all

2    multivitamins and/or dietary supplements you or your household

3    family members have purchased and/or used, including the One A

4    Day Natural Fruit Bites at issue."

5         Did I read that correctly?

6         A.    Yes.

7         Q.    And did you do a search for all receipts or the

8    proof of payment?

9              MR. GRANADE:  Objection.

10             THE WITNESS:  I don't have any receipts.

11   BY MR. COHN:

12        Q.    You bought products in the past year, correct?

13        A.    Yes.

14        Q.    And you bought products after you filed this case,

15   correct?

16        A.    Yes.

17             MR. GRANADE:  Objection.

18   BY MS. COHN:

19        Q.    When did your lawyers first ask you for documents?

20        A.    I don't know.

21        Q.    Did your lawyers tell you you had a legal obligation

22   to preserve documents?

23        A.    No.

24             MR. GRANADE:  Objection.

25   BY MR. COHN:

Page 166

1          Q.    Let's turn to the last page of this document.  Page
2     15.

3          A.    Mm-hmm.

4          Q.    Do you see a date at the top of the page?

5          A.    Yes.

6          Q.    Do you understand this is the date when your lawyer
7     signed this document, right?

8          A.    Okay.  Yes.

9          Q.    And so you were asked to produce documents before
10    that date, right?

11         A.    I don't think so.

12         Q.    You don't think you were asked to produce documents
13    before October 27th?

14         A.    I -- I mean they -- he might have said: Do you have
15    any of your receipts or anything?  And I said no.  Because I
16    don't.

17         Q.    And yet, you bought products since then, right?

18               MR. GRANADE:  Objection.

19               THE WITNESS:  Yeah.  Yes.

20    BY MS. COHN:

21         Q.    And you did not keep any of those receipts, did you?

22

23         A.    No.

24         Q.    You didn't keep any proof of purchase, did you?

25         A.    No.

Page 167

1          Q.    And your lawyers didn't tell you you were required
2    to keep these documents, did they?
3                MR. GRANADE:  Objection.
4                THE WITNESS:  I don't think so.  I don't --
5    BY MR. COHN:
6          Q.    Let's turn for "request for production number two."
7          A.    What page?
8          Q.    Page seven.
9          A.    Oh, is that a different tab?
10         Q.    No.  We were on page six.
11         A.    Okay.
12         Q.    You turn the page around to page seven.
13         A.    Okay.  Okay.
14         Q.    Do you see "request for production number two"?
15         A.    Yes.
16         Q.    Tell me if I'm reading this correctly.  "Produce all
17   documents and communications relating to the definition of
18   natural, including, but not limited to, the definition provided
19   in response to Bayer's first set of interrogatories.  This
20   production should include, but is not limited to, your browsing
21   history for the word natural."
22         Did I read that correctly?
23         A.    Yes.
24         Q.    What search, if any, did you do for documents in
25   response to this request?

Page 169

1          search my computer for different  -- to go through the

2          history and search different words, and nothing came up

3          that I had done any searches.

4     BY MR. COHN:

5          Q.    Okay.  Did you do anything else?

6          A.    No.

7          Q.    Which devices did you search?

8          A.    My laptop.

9          Q.    Anything else?  Do you have a phone?

10         A.    Yes.  But I don t --

11         Q.    Did you search your phone?

12         A.    I don't go online with it.  I just --

13         Q.    Did you search your phone?

14         A.    No.

15         Q.    Do you have any other devices?

16         A.    No.

17         Q.    [inaudible] --

18         A.    Well, I have smart TVs, but I don't go online with

19    them.  I just watch TV on them.

20         Q.    Do you have an iPad?

21         A.    No.

22         Q.    Let's turn the page to page number nine.

23         A.    Okay.

24         Q.    Do you see "request for production number four"?

25         A.    Mm-hmm.

174

Page 174

1        Q.    And at the time, you were taking other

2    multivitamins, weren't you?

3        A.    I believe so.  Yeah.

4        Q.    You were taking the CVS multivitamin, correct?

5        A.    I think so.

6        Q.    And you were taking a B12 product, correct?

7        A.    Yes.

8        Q.    ████████████████████████████████████████████

  ██    ████████████

  ██    ██    █████████████████████████████████████

  ██    ██    ██████████████████

  ██    ██    ███████████████████████████████████████

  ██    ██    ████████████████████████████████████████

  ██    ████████████████████████████

15       A.    Yeah.  Recently.

16       Q.    Okay.  And you haven't taken a picture of that,

17   correct?

18       A.    No.

19       Q.    And you haven't taken a picture of your --

20       A.    I -- I didn't know I was supposed to update it.

21       Q.    Your lawyer never told you you had an ongoing

22   obligation?

23       A.    No.

24       Q.    And did your lawyer ever told you you had to preserve

25   documents?

179

Page 179

1        time is 2:23 p.m.

2    BY MR. COHN:

3        Q.    Ms. Bowling, during the break, I spoke with two of

4    your attorneys, including Mr. Moore.

5        A.    Mm-hmm.

6        Q.    He represented that the retention letter you signed

7    with him notified you of your duty to preserve documents.  Have

8    you read that retention letter?

9        A.    Is it in here?

10       Q.    No.  I've never seen your retention letter.  I'm

11   asking, have you read your retention letter?

12       A.    I've read everything you sent me, but I don't

13   remember that.

14       Q.    You don't remember your duty to preserve documents?

15

16       A.    No.

17       Q.    And you don't remember your duty to respond

18   truthfully to all of our requests, do you?

19             MR. GRANADE:  Objection.

20             THE WITNESS:  I -- I'm not sure what you mean by

21       that.

22   BY MR. COHN:

23       Q.    Do you recall your duty to update the responses?

24             MR. GRANADE:  Objection.

25             THE WITNESS:  No, I don't -- I don't recall that.

Page 188

```
 1          Q.    What's your basis for saying that?

 2                MR. GRANADE:  Objection.

 3                THE WITNESS:  When he makes an -- an objection --

 4     BY MR COHN:

 5          Q.    No, you have to answer.

 6          A.    I -- I still have to answer.  Okay.  I'm blanking.

 7     I mean, I have -- I read up on it at one point, but it's been a

 8     while.

 9          Q.    You would agree that fermentation is natural even

10     though it's a chemical process, right?

11          A.    Not always, but --

12          Q.    It can be, right?

13          A.    Yeah, it can be.

14          Q.    You're not saying that all chemical processes are

15     unnatural, right?

16          A.    No.  I'm saying there's natural chemical processes

17     and not-natural ones.

18          Q.    Correct.  So something could be a chemical process

19     and still be natural, right?

20          A.    Yeah.

21          Q.    A substance could be chemically changed by a

22     chemical process and still be natural, right?

23          A.    Depends on how it's changed and what the chemical

24     process is.  I mean, fermentation is something that happens

25     naturally.  Not all chemical processes are natural.
```

195

Page 195

1        Q.    Didn't look at any journal articles, right?

2        A.    No.

3        Q.    Didn't look online at all, right?

4        A.    No.

5        Q.    Didn't ask your doctor, right?

6        A.    No.

7        Q.    Didn't ask a nutritionist, right?

8        A.    No.

9        Q.    You didn't ask anybody with a science background

10   whatsoever, correct?

11       A.    Correct.

12       Q.    So when you accused Bayer of fraud, what basis, if

13   any, did you have for thinking these chemical processes are

14   unnatural?

15            MR. GRANADE:  Objection.

16            THE WITNESS:  I don't know.  I can't remember.

17   BY MR COHN:

18       Q.    Did you ever have a basis?

19            MR. GRANADE:  Objection.

20            THE WITNESS:  Yes.

21   BY MR. COHN:

22       Q.    You just can't remember that basis.  I can't

23   understand a head shake.

24       A.    Oh, no.  I can't remember.

25       Q.    And you don't know if it's a good basis or a bad

Page 214

1          A.     They -- they don't -- those parenthesized

2     definitions or whatever they are don't sound natural.

3          Q.     Just reading them, they don't sound natural to you.

4

5          A.     Right.

6          Q.     Reading them, you think those are the result of an

7     unnatural chemical process, correct?

8          A.     Yes.

9          Q.     Have you done any research to assess whether the

10    chemical process, if any, is natural?

11         A.     No.

12         Q.     Aside from your attorneys, did you speak to anyone

13    to assess whether these items are the result of an unnatural

14    chemical process?

15         A.     No.

16         Q.     To this day, you cannot tell us one way or another

17    whether any of these vitamins are the result of an unnatural

18    chemical process, can you?

19         A.     I could have a few months ago, but right now, I'm --

20    I'm blanking on it.  I'm looking at all these words, and I'm not

21    remembering.

22         Q.     But in your view, [inaudible] --

23         A.     You haven't -- I haven't concentrated on this over

24    the last six months.

25         Q.     Did you know you were being deposed today?

Page 236

1          A.    "Thiamine -- " I -- I can't read it from here very

2    well.  " -- mononitrate."

3          Q.    Do those sound chemically to you?

4          A.    A couple of them do.  Most -- like, the "vitamin C

5    as ascorbic acid," I think is good.

6          Q.    But looking at this, it includes vitamins that you

7    would call, to use your word, "chemically," right?

8          A.    Did I use that word?

9          Q.    Multiple times.

10         A.    Oh, sorry.  Or synthetic.

11         Q.    I couldn't hear that.  Could you say that again?

12         A.    I said "or synthetic" would be a better word, I

13   think.

14         Q.    You think this vitamin includes synthetic

15   ingredients.

16         A.    I think some of them do, yeah.

17         Q.    You think a few of these vitamins are synthetic

18   vitamins, correct?

19         A.    Yes.  They're also not advertised as natural -- or

20   all natural.

21         Q.    But just to be clear, you're taking this vitamin

22   product today, right?

23         A.    Yes.

24         Q.    And you're taking this vitamin product with

25   ingredients that you recognize as being synthetic, right?

Page 237

```
 1          A.    Yes.

 2          Q.    And to be clear --

 3          A.    [inaudible].

 4          Q.    -- we looked at the front label earlier, right?

 5          A.    What do you mean?

 6          Q.    We looked at the front label of this product

 7     earlier, and we --

 8          A.    Yes.  Yeah, this is the vitamin I'm taking.

 9          Q.    And you remember the green pill?

10          A.    Yes.

11          Q.    You said it was a big green pill?

12          A.    It's actually turquoise.

13          Q.    Turquoise?

14          A.    Yeah, it's not --

15          Q.    Okay.

16          A.    -- quite as green as it looks on here.

17          Q.    It's not a natural color, though, right?

18          A.    Oh, no.

19          Q.    Do you see under "other ingredients"?

20          A.    No.

21          Q.    You don't see the "other ingredients"?  Do you see

22     the -- the "other ingredients" now?

23          A.    Yes.

24          Q.    You see "microcrystalline cellulose"?

25          A.    Yes.
```

Page 238

1          Q.    You know what that is?

2          A.    No.

3          Q.    Sounds pretty chemically, right?

4          A.    Uh-huh.

5          Q.    Let's go a little bit further.  Do you see "FD&C

6     Blue #1 Lake"?

7          A.    Yes.

8          Q.    That's an artificial color, isn't it?

9          A.    I think so.

10         Q.    Do you see "FD&C Yellow #5 Lake"?

11         A.    Yes.

12         Q.    That's also an artificial color, right?

13         A.    I think so.

14         Q.    And then at the bottom, do you see "Contains: FD&C

15    Yellow #5 Lake"?

16         A.    Yes.

17         Q.    What's in parentheses?

18         A.    I don't know.  I can't read it.

19         Q.    "Tartrazine"?

20         A.    Okay.  "Tartrazine," yeah.

21         Q.    What's tartrazine?

22         A.    That's a color additive.

23         Q.    It's a color additive.  So you have at least three

24    artificial colors in this product, right?

25         A.    Right.

Page 257

1        Q.    And you stopped taking the Bayer one because it has

2    synthetic ingredients?

3        A.    There was some other ingredients that [inaudible] --

4    but I don't remember what they were.  But, yes, [inaudible].

5        Q.    You stopped taking because of synthetic ingredients,

6    right?

7        A.    And because of the false advertising that  -- saying

8    they were natural, when I don't believe they are.

9        Q.    Every other product that you've taken since then,

10    every other vitamin product, has synthetic ingredients, right?

11        A.    Right.

12              MR. GRANADE:  Objection.

13    BY MR. COHN:

14        Q.    So I'm confused.  You say you want to take natural

15    vitamins, and yet every one of these multivitamin products

16    contains synthetic vitamins.

17          Why are you taking, repeatedly, vitamin products that

18    contain synthetic vitamins?

19        A.    I don't know.

20        Q.    You don't think any of those products is more

21    natural than the Bayer product, correct?

22        A.    Yeah, I think that the -- the B12 is, but I -- I'll

23    have to check it.  But I don't think there's anything added to

24    that.

25        Q.    Let's put aside the B12, which we're going to

Page 273

1                    CERTIFICATE OF REPORTER

2

      STATE OF NEW YORK)

3

      COUNTY OF NEW YORK)

4

          I, JANET WALLRAVIN, Notary Public, do hereby certify that I
5     was authorized to report the deposition of DEBORAH BOWLING; that
      the Deponent was duly sworn by a California Notary Public; that
6     the testimony then given by DEBORAH BOWLING was transcribed
      under my direction by Claudia Solis, CER and that the foregoing
7     transcript is a true and correct record of the testimony given,
      to the best of my ability.

8

          I further certify that I am not a relative,
9     employee, attorney, or counsel to any of the parties,
      nor am I a relative or employee of any of the parties'
10    attorneys or counsel connected with the action, nor am
      I financially interested in the action.

11

      DATED this 1st  day of   February    2024.

12

      *Janet Wallravin*
13    _____
      Janet Wallravin
14    Notary Public, State of New York
      Commission No.: 01WA6349118
15    My Commission Expires: 10/17/2024

16

17

18

19

20

21

22

23

24

25