Charles D. Moore*
REESE LLP
121 N. Washington Ave, 4th Floor
Minneapolis, MN 55401
Email: cmoore@reesellp.com
Tel.: (212) 643-0500
Fax: (212)523-4272
*Counsel for Plaintiffs Edison Corpuz, Deniece Drake, and Deborah Bowling*
*(Additional Counsel for Plaintiffs on Subsequent Page)*

Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

*Counsel for Defendant Bayer Corporation*
(*Additional Counsel for Defendant on Subsequent Page*)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**JOINT MOTION FOR LEAVE TO MODIFY THE CASE SCHEDULE** |

*Additional Counsel for Plaintiffs*

Michael R. Reese (SBN 206773)
Sue J. Nam (SBN 206729)
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Email: mreese@reesellp.com
snam@reesellp.com
Tel.: (212) 643-0500

George V. Granade (SBN 316050)
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Email: ggranade@reesellp.com
Tel.: (310) 393-0070
Fax: (212) 253-4272

*Additional Counsel for Defendant*

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

Leah F. Bower* (TX 24107585)
LEHOTSKY KELLER COHN LLP
919 Congress Ave, Suite #1100
Austin, TX 78701
Email: leah@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

* Admitted *pro hac vice*.

Pursuant to Local Civil Rules 7.1 and 7.2 and Your Honor's Civil Chambers Rule IV.C.1, Plaintiffs Doniece Drake and Deborah Bowling and Defendant Bayer Healthcare LLC (collectively the "Parties") jointly request the Court modify the case schedule as outlined below.

1. On November 1, 2023, the Court issued an Order Granting Joint Motion for Leave to Modify the Case Schedule ("Order"). *See* ECF No. 81.

2. Per the Order,

> No later than **May 22, 2024**, Plaintiffs shall file a reply in support of their class certification motion, including any expert reply reports in support of any original reports, as well as any rebuttal report to any of Defendant's affirmative expert reports. Any deposition of Defendant's class certification experts shall be completed no later than **May 22, 2024**.

3. The Parties scheduled the deposition of Defendant's expert, Dr. Ran Kivetz, for Wednesday, May 15. Unfortunately, on Tuesday, May 14, Plaintiffs were informed that Dr. Kivetz was under the weather and would need to reschedule the deposition for **May 21, 2024**. The Parties agreed to reschedule the deposition so long as Plaintiffs' deadline to file a reply was also extended by one week to **May 29, 2024**.

4. There is no date set for the hearing on Plaintiffs' Motion for Class Certification.

5. To date, the Parties have sought and received five extensions of time on the schedule; once for additional time to file a protective order, once for additional time to seek an IDC, once after the pleadings were amended, once to extend the time for Defendant to file a reply in support of their motion to dismiss, and finally to modify the deadlines for class certification discovery and the class certification briefing schedule. The first, second, fourth, and fifth were granted in full, the third was granted in part. *See* ECF Nos. 58, 60, 63, 64, 65, 67, 73, 75, 76, 81.

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for Reply in Support of Class Certification Motion, to Depose Rebuttal Experts, and to File a Reply Reports in Support of any Original Reports | May 22, 2024 | May 29, 2024 |

Dated: May 15, 2024

Respectfully submitted,

*/s/ Charles D. Moore*

Charles D. Moore*
REESE LLP
121 N. Washington Ave, 4th Floor
Minneapolis, MN 55401
Email: cmoore@reesellp.com
Tel.: (212) 643-0500
Fax: (212)523-4272

Michael R. Reese (SBN 206773)
Sue J. Nam (SBN 206729)
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Email: mreese@reesellp.com
snam@reesellp.com
Tel.: (212) 643-0500

George V. Granade (SBN 316050)
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Email: ggranade@reesellp.com
Tel.: (310) 393-0070

Fax: (212) 253-4272

*Counsel for Plaintiffs Doniece Drake, and Deborah Bowling*

*/s/ Jonathan F. Cohn*
Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

Leah F. Bower* (TX 24107585)
LEHOTSKY KELLER COHN LLP
919 Congress Ave, Suite #1100
Austin, TX 78701
Email: leah@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

*Counsel for Defendant Bayer Corporation*

* Admitted *pro hac vice*.