Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendant*
(*Additional Attorneys for Defendant on Subsequent Page*)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE LLC, <br><br> Defendant. | Case No. 3:22-cv-01085-MMA-JLB <br><br> **DECLARATION OF JONATHAN COHN IN SUPPORT OF DEFENDANT BAYER HEALTHCARE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS** <br><br> Date: June 24, 2024 <br> Time: 2:30 p.m. <br> Courtroom: 3C <br> Judge: Honorable Michael M. Anello <br><br> Complaint filed: July 25, 2022 <br><br> Trial Date: Not Set |

*Additional Counsel for Defendant*

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

* Admitted *pro hac vice*.

I, Jonathan F. Cohn, pursuant to 28 U.S.C. §1746 and under penalty of perjury, hereby declare as follows:

I am a Partner at Lehotsky Keller Cohn LLP, counsel representing Defendant Bayer Healthcare, LLC in this litigation. I am a member in good standing of the bar of the State of New York. I am admitted pro hac vice in the above-captioned action.

I respectfully submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Rule 11 Sanctions. Except as otherwise noted, the facts set forth in this declaration are based in part upon my personal knowledge and I would competently testify to them if called upon to do so.

1. Attached hereto as **Exhibit A** is a true and correct copy of Additional Collected Deposition Excerpts from Dr. Andrea Lynn Matthews' Second Deposition.

2. Attached hereto as **Exhibit B** is a true and correct copy of Deposition Excerpts from Dr. Andrea Lynn Matthews taken on April 3, 2024.

3. Attached hereto as **Exhibit C** is a true and correct copy of Deposition Excerpts from Dr. Andrea Lynn Matthews taken on June 6, 2024.

4. Attached hereto as **Exhibit D** is a true and correct copy of Deposition Excerpts from Doniece Drake taken on January 19, 2024.

5. Attached hereto as **Exhibit E** is a true and correct copy of Deposition Excerpts from Deborah Bowling taken on January 23, 2024.

6. Attached hereto as **Exhibit F** is a true and correct copy of an email exchange between Charles Moore, Michael Reese, Alexis Swartz, Jonathan Cohn, Katie Yarger, and Shannon Grammel that took place between February 26, 2024, and March 6, 2024.

7. Attached hereto as **Exhibit G** is a true and correct copy of an email exchange between Charles Moore, Alexis Swartz, Jonathan Cohn, Katie Yarger, and Shannon Grammel that took place between March 15, 2024, and April 2, 2024.

8. Attached hereto as **Exhibit H** is a true and correct PDF copy of an unfiled Rule 37 letter last exchanged between the parties on April 15, 2024.

9. Attached hereto as **Exhibit I** is a true and correct PDF copy of an unfiled Rule 37 letter last exchanged between the parties on April 26, 2024.

10. Attached hereto as **Exhibit J** is a true and correct copy of an email exchange between Charles Moore, Michael Reese, Jonathan Cohn, and Alexis Swartz that took place between April 16, 2024, and April 26, 2024.

11. Attached hereto as **Exhibit K** is a true and correct copy of an email exchange between Charles Moore, Michael Reese, Jonathan Cohn, and Alexis Swartz that took place between April 16, 2024, and April 29, 2024.

12. Attached hereto as **Exhibit L** is a true and correct copy of an email exchange between Charles Moore, Michael Reese, Jonathan Cohn, and Alexis Swartz that took place between April 16, 2024, and April 30, 2024.

13. Attached hereto as **Exhibit M** is a true and correct copy of an email exchange between Charles Moore, Michael Reese, Sue Nam, Jonathan Cohn, Alexis Swartz, Katie Yarger, and Shannon Grammel that took place between April 30, 2024, and May 1, 2024.

14. Attached hereto as **Exhibit N** is a true and correct copy of a letter from Jonathan Cohn dated May 3, 2024, served on Charles Moore, Sue Nam, and Michael Reese.

15. Attached hereto as **Exhibit O** a true and correct copy of Deposition Excerpts from Dr. Ran Kivetz taken on May 21, 2024.

16. On April 3, 2024, I took the deposition of Dr. Andrea Lynn Matthews. Early in the deposition, she testified that she had conducted a survey that was not disclosed or discussed in her original declaration (ECF No. 90-23). The parties immediately went off the record.

17. During that break, Mr. Charles Moore stated that *the previous afternoon* he had included the raw data and blank survey form in an email. (*See* **Exhibit G.**) The subject matter of that email chain was "Drake – Deposition Notices," and the prior emails on the chain pertained to scheduling logistics. Mr. Moore had no explanation

2

for why he had failed to disclose the survey previously, or why he had told me on March 6 that his experts' reports were "complete pursuant to the rule." (*See* **Exhibit F.**) He had no other justification for his failure to previously disclose the survey. He refused to answer questions about the survey's timing. He claimed this information was privileged, but he eventually disclosed that the new survey had been designed and launched before Dr. Matthews' expert report was filed on February 20, 2024. Mr. Moore refused to strike the survey. Well aware that I could not depose an expert on a survey I had not yet reviewed, he offered "as a compromise" that the deposition that day not address the new survey and instead be limited to the materials in the expert's report that was timely filed on February 20, 2024. When we went back on the record, I instructed the witness not to discuss the new survey, consistent with Mr. Moore's suggestion.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on June 9, 2024, in Fairfax County, Virginia.

                                  */s/ Jonathan F. Cohn*
                                  Jonathan F. Cohn

3

1 | Dated:  June 10, 2024

Respectfully submitted,

*/s/ Jonathan F. Cohn*
Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendant*
* Admitted *pro hac vice*.