Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendant*
(*Additional Attorneys for Defendant on Subsequent Page*)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONIECE DRAKE, DEBORAH BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Case No. 3:22-cv-01085-MMA-JLB<br><br>**DEFENDANT BAYER HEALTHCARE LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: Not set<br>Time: Not set<br>Courtroom: Not set<br>Judge: Honorable Michael M. Anello<br><br>Complaint filed: July 25, 2022<br><br>Trial Date: Not Set |

*Additional Counsel for Defendant*

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

* Admitted *pro hac vice*

TO PLAINTIFFS AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Bayer Healthcare LLC respectfully seeks leave to file a sur-reply to address an untimely survey that Plaintiffs rely on in their reply brief. This survey did not test the Bayer label or change the opinion of Plaintiffs' expert: the word "Natural" on the Bayer label has "no statistical impact whatsoever" on consumers' perceptions. ECF 96-3, Ex. B at 199:19-21. Defendant seeks leave to file a sur-reply because it did not have an opportunity to address this new, inapposite survey in its opposition to class certification.

By way of background, Plaintiffs filed their class certification motion on February 20, along with an expert report from Dr. Andrea Lynn Matthews. *See* ECF 90-23. Defendant's counsel asked Plaintiffs' counsel to confirm that Dr. Matthews had fully complied with Federal Rule of Civil Procedure 26(a)(2)(B), and Plaintiffs' counsel responded that Dr. Matthews' report was indeed "complete pursuant to the rule." ECF 111-7 at 2. However, during Dr. Matthews' first deposition on April 3, she disclosed that she had undertaken an *additional* survey, which she had designed and commenced before her report was filed. *See* ECF 111 at 9-13. Defendant asked opposing counsel, Mr. Charles Moore, why Plaintiffs failed to disclose this survey. Mr. Moore stated that he had emailed the raw survey data and blank survey form the previous afternoon, in an unrelated email chain about deposition scheduling logistics. *See id*. at 9-10.

Defendant informed Plaintiffs that it would seek to strike the untimely survey. In response, Plaintiffs took the position that the survey was not "evidence" and may never be evidence. *See id*. at 12. For that reason, Defendant did not move to strike or raise the issue with Judge Burkhardt.

Defendant filed its class certification opposition on April 22. At that time, Plaintiffs still maintained the survey was not evidence, and had not provided any written report or opinions from Dr. Matthews on the new survey—just the raw data

and blank survey form. *See id*. Accordingly, Defendant did not address the untimely survey in its opposition to class certification.

On May 29, however, Plaintiffs filed their reply brief, heavily relying on the new survey. Because Defendant did not have an opportunity to address this untimely survey in the class certification opposition, it seeks to make four brief points. *See also* ECF 104-1; ECF 111; ECF 114 (Rule 11 briefing addressing the survey).

***First***, the new survey does not support Plaintiffs' motion for class certification. As Dr. Matthews admitted, the survey does not even test or concern the Natural Fruit Bites label, but only a fictional "generic label" that "looks different" from the Bayer label "in many ways." Ex. R at 87:15-16, 96:11-13; *see also* ECF 111 at 13. This survey does not change Dr. Matthews' conclusion that the word "Natural" on the actual Bayer label has "no statistical impact whatsoever" on consumers' perceptions. ECF 96-3, Ex. B at 199:19-21.

***Second***, the untimely survey does not address any of the fatal infirmities regarding the materiality of the word "Natural." Dr. Matthews agreed in her second deposition—yet again—that she still has no evidence that any consumer has a preference (even a small one) for natural vitamins. Ex. R at 139:23-25.

***Third***, even if the survey did support Plaintiffs (and it clearly does not), it should not be given weight because it was untimely. Parties should not be allowed to sandbag one another in discovery.

***Fourth***, Plaintiffs' reply, like their other filings, is filled with misrepresentations. This is part of an unfortunate trend. *See, e.g.*, ECF 104-13 at 9-10; ECF 111 at 17-22.

Plaintiffs oppose this motion and—once again—threatened Defendant with Rule 11 sanctions. *See* Ex. T. Plaintiffs' arguments in opposition lack merit. Plaintiffs contend that Defendant did not previously "ask for a sur-reply in either stipulations or contest the Court's orders, which did not provide for sur-reply." *Id.* at 1. But Defendant did not previously know that Plaintiffs would sandbag them with an

untimely survey, represent the survey was not "evidence," and then change their mind in their reply brief. Plaintiffs also argue that the new "survey was provided to Defendant on April 2, 2024," and "Defendant's opposition to class certification was filed weeks thereafter on April 22, 2024." *Id.* at 2. However, on April 2, Defendant only had the blank survey form and raw data, not any written report or conclusions from Dr. Matthews, and Plaintiffs contended the survey was not evidence.

Accordingly, Defendant respectfully seeks leave to file a brief sur-reply.

Dated: June 28, 2024

Respectfully submitted,

*/s/ Jonathan F. Cohn*

Jonathan F. Cohn* (NY 2972578)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendant*

* Admitted *pro hac vice*.