UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIECE DRAKE, individually and on behalf of all others similarly situated, et al.,<br>Plaintiffs,<br>v.<br>BAYER HEALTHCARE LLC,<br>Defendant. | Case No.: 3:22-cv-1085-CAB-JLB<br><br>**NOTICE OF SPREADING THE MANDATE AND ORDER FOR JOINT STATUS REPORT** |

Following the Ninth Circuit's decision affirming the class certification order, [Doc. Nos. 120, 138], the Court notifies the parties of the spreading of the mandate. The case is returned to the jurisdiction of the district court. The Court **ORDERS** a joint status report regarding the parties' recommendations for next steps, to be filed no later than **September 18, 2026**.

It is **SO ORDERED**.

Dated: August 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge