UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DONIECE DRAKE, individually and on behalf of all others similarly situated, et al.,

Plaintiffs,

v.

BAYER HEALTHCARE LLC,

Defendant.

Case No.: 3:22-cv-1085-CAB-JLB

**ORDER FOLLOWING JOINT STATUS REPORT**

The Court has reviewed the parties' joint status report, [Doc. No. 141], and maintains a stay of this case until the petition for a writ of certiorari is decided by the Supreme Court. The parties shall file a joint status report within three business days of the Supreme Court's decision on the petition.

It is **SO ORDERED**.

Dated: September 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge