# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 18, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Bayer HealthCare LLC
v. Doniece Drake, et al.
No. 26-376
(Your No. 24-7158)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2026 and placed on the docket September 18, 2026 as No. 26-376.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst